**FILED**

MAR - 8 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

PHILIP TINSLEY III
148 Preston Circle
Fredericksburg, VA 22406-5144

Tel. (540) 538-4675

**Plaintiff,**

v.

HON. ALBERTO R. GONZALES
Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, N.W., Room 4400
Washington, DC 20530-0001

Tel. (202) 514-2000

**Defendant.**

**Case No.**

CASE NUMBER  1:06CV00429

JUDGE: Royce C. Lamberth

DECK TYPE: Personal Injury/Malpractice

DATE STAMP: 03/█/2006

JURY ACTION

---

## COMPLAINT

**Introduction-**This is a civil action seeking monetary damages. This action materializes out of willful negligence by the defendant under 18 U.S.C.A. § 1341, Notes 57, 60 & 63.

1. This Court has jurisdiction pursuant to Article III Sections 1 & 2 of the United States Constitution and 28 U.S.C.A. §s 1331 & 1332. The amount of monetary damages requested is EIGHTY THOUSAND DOLLARS ($80,000.00).

2. The pro se plaintiff is a voting eligible citizen of the United States of America and a resident of the Commonwealth of Virginia.

3. The defendant, Alberto R. Gonzales, is the last listed Attorney General of the United States (see 28 U.S.C.A. §s 503 & 509) and has his office/place of

-1-

business in Washington, DC.

4. The "COMPLAINT", notice of lawsuit, and waiver of summons forms are being served upon the President of the United Nations General Assembly, H.E. Mr. Jan Eliasson, New York, NY 10017; President of the United States, 1600 Pennsylvania Avenue, N.W., Washington, DC 20500; Hon. Alberto R. Gonzales, Attorney General of the United States, U.S. Department of Justice, 950 Pennsylvania Avenue, N.W., Room 4400, Washington, DC 20530-0001; and the U.S. Attorney, 555 4th Street, N.W., Washington, DC 20001-2733, according to Rule 4(d) & 4(i) and C4-19 of the *Federal Rules Of Civil Procedure* (FRCP).

5. **Facts Of Claim**

a. On November 2, 2005, this pro se plaintiff and his mother, Mrs. Hermione Bell Tinsley mailed a letter to the Hon. Alberto R. Gonzales, the Attorney General of the U.S., via certified, return receipt mail requesting his intervention as chief legal officer of the United States in racketeering/treason cases in which a ***mandamus*** had been filed, but the monetary awards not received (see *ATTACHMENTS A & B*). The letter was received by the Attorney General, but no response was ever rendered (see *ATTACHMENT C*).

b. On November 29, 2005, this pro se plaintiff sent a second letter via certified, return receipt mail to the Attorney General of the U.S. again requesting the chief legal officer's intervention in the aforementioned cases and in one where he was also in charge of the City of Norfolk, VA which also had a mandamus filed, but the monetary award was not rendered (see *ATTACHMENTS D-D2*). However, no response was received to the second letter either.

c. On February 21, 2006, this pro se plaintiff attempted to file a civil lawsuit/complaint under Rule 5(e) FRCP against the Mary Washington Hosptial/MediCorp Health System on the behalf of Hermione Bell Tinsley, now deceased (see *ATTACHMENTS E & F*). However the filing was illegally obstructed (see 18 U.S.C.A. § 1505) by individuals at the U.S.

District Court for the Eastern District of Virginia's Richmond Division ...
the $250.00 filing fee was also paid.

d.  On February 24, 2006, a fax was sent to the Attorney General of the U.S.
    telling him to charge that Court/individuals with obstruction of justice and
    concerned this pro se plaintiff's property and money (see *ATTACHMENT
    G*).  No response was received to the aforementioned facsimile, nor did this
    pro se plaintiff receive his case for service on the defendant.

e.  On February 27, 2006,  this pro se plaintiff sent a second fax to the Attorney
    General of the U.S. stating the same charges and requesting his intervention
    in the same matter that involved this pro se plaintiff's money and property
    (see *ATTACHMENTS H & I*).  No response was received to the
    aforementioned facsimile, nor did this pro se plaintiff receive his case for
    service on the defendant.

f.  On February 28, 2006, this pro se plaintiff sent a third fax to the Attorney
    General of the U.S. stating the same charges and requesting his intervention
    in the same matter that involved this pro se plaintiff's money and property
    (see *ATTACHMENTS H & I*).  No response was received to the
    aforementioned facsimile, nor did this pro se plaintiff receive his case for
    service on the defendant.

g.  On March 1, 2006, this pro se plaintiff faxed a copy of a facsimile to the
    U.S. Marshal and U.S. Attorney "... requesting the immediate arrest and
    disbarment ..." of *Mr.* James R. Spencer (see *ATTACHMENTS K & L*).  No
    response was received to the aforementioned facsimile, nor did this pro se
    plaintiff receive his case for service on the defendant.

h.  On March 2, 2006, this pro se plaintiff sent a fifth fax to the Attorney
    General of the U.S. stating the same charges and requesting his intervention
    in the same matter that involved this pro se plaintiff's money and property
    (see *ATTACHMENTS M & N*).  No response was received to the
    aforementioned facsimile, nor did this pro se plaintiff receive his case for
    service on the defendant.

   i. On March 3, 2006, this pro se plaintiff sent a final fax to the Attorney General of the U.S. stating the same charges and requesting his intervention in the same matter that involved this pro se plaintiff's money and property (see *ATTACHMENT O*). No response was received to the aforementioned facsimile, nor did this pro se plaintiff ever receive his case for service on the defendant.

   j. Alberto R. Gonzales, the Attorney General of the U.S. and chief legal officer of the U.S., was given full disclosure on the mandamuses filed in federal cases in which Mrs. Hermione Bell Tinsley was a victorious pro se plaintiff and in cases where this pro se plaintiff was a victorious pro se plaintiff; nevertheless, no monetary awards or property awards have been rendered unto either victorious pro se plaintiff ... .

## 6. Violations of 18 U.S.C.A. § 1341, Notes 57, 60 & 63

   a. Alberto R. Gonzales, the Attorney General of the U.S. and chief legal officer of the U.S., and former head of White House legal counsel in 2001 A.D., was given the knowledge that Mrs. Hermione Bell Tinsley's and Philip Tinsley III's property/money had been illegally appropriated and that they had won federal lawsuits with the filing of mandamuses.

   b. This "indifference to the truth" when verified and sent via the United States Postal System is "sufficient to sustain a mail fraud conviction".

   c. By legal definition Alberto R. Gonzales, the Attorney General of the U.S., is guilty of this Title and its associated Notes on prima facie evidence (see *ATTACHMENTS A-D2*).

## CONCLUSION

Mrs. Hermione Bell Tinsley, the widow of a thirty (30) year U.S. Army Colonel, met her untimely death at the Mary Washington Hospital in Fredericksburg, VA ... .

**WHEREFORE** all of the previous items being considered, I, the pro se plaintiff, seek judgment against the defendant, Alberto R. Gonzales, the Attorney General of the U.S. for:

**EIGHTY THOUSAND MILLION DOLLARS ($80,000)** for violating 18 U.S.C.A. § 1341, Notes 57, 60 & 63, through willful negligence demonstrating breach of duty, causation, and psychological distress.

---

Plaintiff requests a Trail by Jury

Dated this 7th day of March, 2006

By _____
Philip Tinsley, III in Pro Se
148 Preston Circle
Fredericksburg, VA 22406
Tel. (540) 538-4675

cc: (via certified, return receipt mail, Article Nos. 7005 2570 0001 0436 6264, 7005 2570 0001 0436 6271, 7005 2570 0001 0436 6288 & 7005 2570 0001 0436 6295, respectively)

President of the United Nations
  General Assembly
H.E. Mr. Jan Eliasson
New York, NY 10017

President of the U.S.
1600 Pennsylvania Avenue, N.W.
Washington, DC 20500

Hon. Alberto R. Gonzales
Attorney General of the U.S.
U.S. Department of Justice
950 Pennsylvania Avenue, N.W., Room 4400
Washington, DC 20530-0001

U.S. Attorney
555 4th Street, N.W.
Washington, DC 20001-2733

148 Preston Circle
Fredericksburg, VA 22406
November 2, 2005

Hon. Alberto R. Gonzales
Attorney General of the U.S.
U.S. Department of Justice
950 Pennsylvania Ave., N.W.,
  Room 4400
Washington, DC 20530-0001

RE: Federal Lawsuits

Sir:

I know that you have been swamped with tracked USPS mail and faxes from us concerning the U.S. Treasury Department and McGrath North Mullin & Katz, PC LLO of Omaha, NE; however, there are even more serious matters. First of all, the Clerk of the U.S. District Court for the District of Nebraska had a *mandamus* served upon him/her in *TINSLEY v. OMHAHA STATE BANK, Case No. 8:05CV311*. You were served with the extraordinary writ/motion on 10/19/2005 and received it on 10/26/2005; however, the award from this case has still not been rendered. Second, in 2003 A.D., the Clerk of the U.S. District Court for the Eastern District of Virginia's Alexandria Division was served with a *mandamus* in *TINSLEY v. APPLE FEDERAL CREDIT UNION, Case No. 03-721-A*. The then Attorney General of the United States was served with the extraordinary writ/motion, but the award was never received … it is now almost 2006.

Finally, our property and all of our belongings were illegally seized and stolen by a Virginia County law enforcement (see *TINSLEY v. FAIRFAX COUNTY POLICE DEPARTMENT, Case No. 01-279-A*, US Dist. Ct. E.D. VA and *TINSLEY v. EQUIFAX INFORMATION SERVICES OF EQUIFAX INC., Case No. 1:03CV0676*, US Dist. Ct. N.D. GA). Since the incident involved a citizen of a foreign state (see *SHAFIK v. TINSLEY & TINSLEY, Case No. 03-103-A*, US Dist. Ct. E.D. VA), you will need to contact the current Secretary of State.

Please contact us at your earliest convenience to resolve these most serious federal matters. We are also available for a meeting, if you desire it.

-1-

**06 0429**

**FILED**

MAR - 8 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**ATTACHMENT  A**

Sincerely yours,

Hermione B. Tinsley
Pro Se Plaintiff

Philip Tinsley, III
Pro Se Plaintiff

cc: Owaiian M. Jones, Esq.

**Sent by Certified Return Receipt Mail**
**Article No. 7005 0390 0005 2039 1224**

-2-

U.S. Postal Service
CERTIFIED MAIL. RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

OFFICIAL USE

WASHINGTON DC 20530

| Postage | $ | $0.37 | |
| Certified Fee | | $2.30 | 0403 |
| Return Receipt Fee (Endorsement Required) | | $1.75 | 13 Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 | |
| Total Postage & Fees | $ | $4.42 | 11/02/2005 |

Sent To
Hon. Alberto R. Gonzales, Atty. Gen U.S
Street, Apt. No.; or PO Box No. 950 Penn. Ave. N.W. Room 7400
City, State, ZIP+4 Washington, DC 20530-0001

7005 0390 0005 2039 1224

```
                   FALMOUTH POSTAL STORE
                     FALMOUTH, Virginia
                       224066470
                     5176530403-0098
11/02/2005        (800)275-8777      03:08:54 PM

                     Sales Receipt
Product            Sale   Unit       Final
Description        Qty    Price      Price

WASHINGTON DC 20530                  $0.37
First-Class
    Return Receipt (Green Card)      $1.75
    Certified                        $2.30
    Label Serial #: 70050390000520391224

                 Issue PVI:          $4.42

Total:                               $4.42

Paid by:
Cash                                 $5.00
Change Due:                         -$0.58

Bill#:  1000201898144
Clerk:  13

— All sales final on stamps and postage. —
    Refunds for guaranteed services only.
    Th          -iness.
```

SENDER: COMPLETE THIS SECTION

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X                                    □ Agent
                                     □ Addressee
B. Received by (Printed Name)        C. Date of Delivery
NOV 4 2005

1. Article Addressed to:

Hon. Alberto R. Gonzales
Atty. Gen U.S
U.S. Dept. Jus.
950 Penn. Ave. N.W. Room 7400
Wash. DC, 20530-0001

D. Is delivery address different from item 1? □ Yes
   If YES, enter delivery address below:    ☑ No

3. Service Type
☑ Certified Mail    □ Express Mail
□ Registered        □ Return Receipt for Merchandise
□ Insured Mail      □ C.O.D.

4. Restricted Delivery? (Extra Fee)    □ Yes

2. Article Number
(Transfer from service label)

7005 0390 0005 2039 1224

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

06 0429

FILED
MAR - 8 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**ATTACHMENT B**

 **UNITED STATES POSTAL SERVICE**₂

Home | Help | Si

Track & Confirm    FA(

# Track & Confirm

### Search Results

Label/Receipt Number: **7005 0390 0005 2039 1224**
Status: **Delivered**

**Your item was delivered at 3:27 am on November 07, 2005 in WASHINGTON, DC 20530. The item was signed for by M PARRIS. A proof of delivery record may be available through your local Post Office for a fee.**

Additional information for this item is stored in files offline.

( Restore Offline Details > )  ( ? )    ( Return to USPS.com Home > )

---

**Track & Confirm**

Enter Label/Receipt Number.

( Go > )

---

 POSTAL INSPECTORS    site map    contact us    government services    jobs    **National & Premier Accounts**
Preserving the Trust    Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy

**06 0429**

**FILED**

MAR - 8 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT 3/6/2006

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelInquiry.do

148 Preston Circle
Fredericksburg, VA 22406
November 29, 2005

Hon. Alberto R. Gonzales
Attorney General of the U.S.
U.S. Department of Justice
950 Pennsylvania Ave., N.W.
  Room 4400
Washington, DC 20530-0001

RE: No Response

Sir:

The USPS indicated that you received our letter of November 2, 2005, on
November 7, 2005; it is now November 29th and I have not heard from you or your office
…. . The Omaha State Bank has not paid the money from their loss in the federal lawsuit
(see *Tinsley v. Omaha State Bank, Case No. 8:05CV311*, US Dist. Ct. Dist. NE), nor has
the Apple Federal Credit Union paid the money from their loss in their federal lawsuit
(see *Tinsley v. Apple Federal Credit Union, Case No. 03-721-A*, US Dist. Ct. E.D. VA).
As stated by law, you have direct jurisdiction under 12 U.S.C.A. when a federal credit
union is guilty of an 18 U.S.C.A. offense.

In addition, Owaiian M. Jones Esq., stated in a meeting with me and my mother,
Hermione Bell Tinsley, that he would obtain the money from the federal lawsuit, *Bell &
Tinsley v. City of Norfolk, Case No. 2:03CV350*, US Dist. Ct. E.D. VA … he has not
accomplished this task as of yet. A "MOTION FOR WRIT OF MANDAMUS …" was
filed in that case as well. Since the City of Norfolk, VA was guilty of U.S. Constitutional
violations, it placed the City of Norfolk, VA under the full control of the U.S.
Government/Attorney General for the U.S.

Finally, I have not heard from you or the Secretary of State concerning the
October 2003 incidents at 4221 Dandridge Terrace in Alexandria, VA (see *Shafik v.
Tinsley & Tinsley, Case No. 03-103-A*, US Dist. Ct. E.D. VA; *Tinsley v. Equifax
Information Services LLC of Equifax Inc., Case No. 1:03CV0676*, US Dist. Ct. N.D. GA;
and *Tinsley v. Fairfax County Police Department, Case No. 01-279-A*, US Dist. Ct. E.D.
VA). This residential property was held under 38 U.S.C.A. (U.S. Department of Veterans
Affairs) and it involved a foreign citizen of a foreign state who was illegally using the
Virginia State Court System. Furthermore, *Ms.* Leonie M. Brinkema was disqualified by
filed motion and was charged with 18 U.S.C.A. § 912.

I would greatly appreciate it if you would contact me as soon as possible, since

06 0429

FILED

MAR − 8 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

-1-

**ATTACHMENT  D**

these matters bear your direct responsibility.

Sincerely yours,

Philip Tinsley, III
**Pro Se Plaintiff**

cc: Secretary of State
    Owaiian M. Jones, Esq.

**Sent by Certified Return Receipt Mail**
**Article No. 7005 0390 0005 2039 1279**

-2-

**U.S. Postal Service**
**CERTIFIED MAIL   RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

7005 0390 0005 2039 1279

| | |
|---|---|
| Postage | $ $0.37 |
| Certified Fee | $2.30 |
| Return Receipt Fee (Endorsement Required) | $1.75 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $  $4.42 |

0403
02

Postmark
Here

11/30/2005

Sent To: Hon. Alberto R. Gonzales - Attorney General of U.S.
Street, Apt. No. or PO Box No. 950 Pennsylvania Ave. N.W. Room 4400
City, State, ZIP+4 Washington, DC 20530-0001

---

```
            FALMOUTH POSTAL STORE
               FALMOUTH, Virginia
                   224066470
                5176530403-0095
11/30/2005       (800)275-8777       08:51:48 AM

                  Sales Receipt
Product              Sale   Unit         Final
Description          Qty    Price        Price

WASHINGTON DC 20530                       $0.37
First-Class
  Return Receipt (Green Card)             $1.75
  Certified                               $2.30
  Label Serial #: 70050390000520391279
  Customer Postage                       -$1.85
  Subtotal:                               $2.57
                                        ========
                   Issue PVI:             $2.57


Total:                                    $2.57

Paid by:
Cash                                      $2.75
Change Due:                              -$0.16


Bill#:  1000500323893
Clerk:  08

— All sales final on stamps and postage. —
    Refunds for guaranteed services only.
         Thank you for your business.
               Customer Copy
```

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Hon. Alberto R. Gonzales
Attorney General of the U.S.
U.S. Department of Justice
950 Pennsylvania Ave. N.W.
Room 4400
Washington, DC 20530-0001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____    ☐ Agent
                      ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
   DEC 0 5 2005

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☑ No

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)    7005 0390 0005 2039 1279

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**ATTACHMENT   D1**

 **UNITED STATES POSTAL SERVICE**®

Track & Confirm    FA(

# Track & Confirm

### Search Results

Label/Receipt Number: **7005 0390 0005 2039 1279**
Status: **Delivered**

Your item was delivered at 4:57 am on December 05, 2005 in
WASHINGTON, DC 20530.

( Additional Details > )  ( Return to USPS.com Home > )

Track & Confirm

**Enter Label/Receipt Number.**

( Go >

### Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email. ( Go > )

---

 POSTAL INSPECTORS    site map    contact us    government services    jobs    National & Premier Accounts
Preserving the Trust    Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy



**ATTACHMENT  D2**

148 Preston Circle
Fredericksburg, VA 22406
February 21, 2006

Chief Judge James R. Spencer
U.S. District Court for the Eastern District
  of Virginia
Lewis F. Powell Jr. Courthouse
1000 E. Main Street
Richmond, VA 23219

RE: Filing

Sir:

Please file this "COMPLAINT" against the Mary Washington Hospital/MediCorp
*Health System* Hospital in accordance with Rule 5(e) of the *Federal Rules Of Civil Procedure*. You may
*P. I. III* or may not be familiar with this type of filing, if not, you can obtain valuable assistance
from the Clerk of the U.S. District Court for the District of Delaware (see *Tinsley* v. *ING
Group, Case No. 1-05-CV-808*, U.S. Dist. Ct. Dist. DE). I am waiving service of
summons and serving via USPS international registered mail and via USPS certified,
return receipt mail (see FORM 1A. & FORM 1B. of the *Federal Rules Of Civil
Procedure* (FRCP), pages 94-95).

I am exercising my civil and legal rights to file this complaint according to the
Vth Amendment (due process of law) of the U.S. Const., 42 U.S.C.A. § 1981(a) & (c),
being a voting *eligible* U.S. citizen, and Rules 17(a) & 25(a) FRCP.

Enclosed in this U.S. Postal System Express Mailing (Tracking No. EQ
150768694 US) you will find:

1. U.S. Postal money order made out to the Clerk of your Court in the
   amount of $250.00 (filing fee);

2. One completed CIVIL COVER SHEET (Form JS 44);

3. Three (3) signed and exactly the same "COMPLAINT[s]" (42 pages
   plus two [2] copies); and

4. A paid means (U.S. Postal Express Mail, Tracking No.
   EQ 150768703 US) of returning two (2) of aforementioned three(3)
   "COMPLAINT[s]" dated and stamped with a case number (**originals**)
   by the Clerk of your Court to me.

06 0429

(1)

FILED

MAR - 8 2006

**ATTACHMENT E**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Very truly yours,

Philip Tinsley, III
**Pro Se Plaintiff**

Enclosures (Filing: 42 pages plus 2 copies)

cc: United Nations Office at Geneva
     U.S. Department of Defense

(2)



### UNITED STATES
### POSTAL SERVICE®

Home | Help | Si

Track & Confirm     FAC

# Track & Confirm

### Search Results

**Label/Receipt Number: EQ15 0768 694U S**
**Status: Delivered**

**Your item was delivered at 9:50 am on February 22, 2006 in RICHMOND, VA 23219. The item was signed for by L SALMON.**

( Additional Details > ) ( Return to USPS.com Home > )

**Track & Confirm**

Enter Label/Receipt Number.

( Go > )

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.   ( Go > )

**Proof of Delivery**
Verify who signed for your item by email, fax, or mail.    ( Go > )

---



POSTAL INSPECTORS    site map    contact us    government services    jobs    National & Premier Accounts
Preserving the Trust        Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use   Privacy Policy

06 0429

# FILED

MAR – 8 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT
2/22/2006

**ATTACHMENT  F**

February 24, 2006

TO: Attorney General of the U.S. & U.S.
      Attorney

FROM: Philip Tinsley III

RE: CHARGES

Please immediately charge the U.S. District Court for the Eastern District of Virginia's
Richmond Division with violating the "... due process of law" clause of the Vth
Amendment to the U.S. Constitution and with obstruction of justice, 18 U.S.C.A. § 1505,
and use the enclosed papers as evidence of their crimes and as an affidavit:

1. The filing was received by the U.S. District Court on 02/22/06 at 9:50 AM.

2. USPS Express Mail paid postage and an envelope were provided.

3. It is now 02/24/06 and I still do not have my filed case for service on Medicorp
   Health System/Mary Washington Hospital.

4. Mrs. Hermione Bell Tinsley *died* at the Mary Washington Hospital on
   02/19/06 at 10:00 PM ... .

Sincerely,

Philip Tinsley, III
Attorney-in-fact/Trustee/Pro
Se Plaintiff

Enclosures (**6 pages**)

cc: United Nations Office at Geneva
    U.S. Department of Defense

**Sent by Facsimile**

06 0429

FILED

MAR - 8 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**ATTACHMENT  G**

February 27, 2006

TO: Attorney General of the U.S.  &
    U.S. Attorney

FROM: Philip Tinsley, III

RE: Obstruction of Justice

These is my second fax to you about the violations of the civil rights of Hermione Bell
Tinsley, *now deceased*, and Philip Tinsley III, attorney-in-fact, under the Vth Amendment
to the U.S. Constitution and the obstruction of justice under 18 U.S.C.A. § 1505 by the
U.S. District Court for the Eastern District of Virginia's Richmond Division, 1000 E.
Main Street, in Richmond, VA.

Under the Vth Amendment, under 42 U.S.C.A. § 1981(a), and under Rule 5(e) of the
*Federal Rules of Civil Procedure*, the Clerk had to file *Tinsley v. Mary Washington
Hospital/Medicorp Health System* and return two (2) originals by the postage-paid means
that I provided … this has not occurred. I must have a stamped original for service upon
the defendant.

Sincerely,

Philip Tinsley, III
Pro Se Plaintiff

Enclosure (2 pages)

cc: President of the United Nations General Assembly
    U.S. Health and Human Services Department
    U.S. Department of Defense

**Sent by Facsimile**

06 0429

FILED

MAR - 8 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**ATTACHMENT  H**

**HEWLETT PACKARD** *hp officej 6200 series*

## *Sent*

| Date | Duration | Name | Fax Number | Pages | Status |
|------|----------|------|-----------|-------|--------|
| 2/27/2006 2:42 PM | 1:31 | | 17036145268 | 3 | Completed |
| 2/27/2006 2:37 PM | 4:46 | | 12026907203 | 10 | Completed |
| 2/27/2006 2:35 PM | 1:29 | | 12129633301 | 3 | Completed |
| 2/27/2006 2:32 PM | 1:30 | | 17032992584 | 3 | Completed |
| 2/27/2006 2:32 PM | 0:16 | | 18047712316 | 0 | Canceled |
| 2/27/2006 2:30 PM | 1:26 | | 12023076777 | 3 | Completed |
| 2/27/2006 9:52 AM | 0:30 | | 18005315717 | 1 | Completed |
| 2/27/2006 9:49 AM | 0:55 | | 12129633301 | 2 | Completed |
| 2/26/2006 8:02 PM | 0:50 | | 12022325993 | 2 | Completed |
| 2/26/2006 8:01 PM | 0:50 | | 12026827726 | 2 | Completed |
| 2/26/2006 7:59 PM | 0:52 | | 12023872564 | 2 | Completed |
| 2/26/2006 2:48 PM | 5:40 | | 12023076777 | 14 | Completed |
| 2/26/2006 2:42 PM | 5:40 | | 12129633301 | 14 | Completed |
| 2/26/2006 2:28 PM | 13:01 | | 12022734880 | 14 | Completed |
| 2/26/2006 6:12 PM | 2:55 | | 12023872564 | 7 | Completed |
| 2/26/2006 2:06 AM | 0:26 | | 12022325993 | 1 | Completed |
| 2/26/2006 2:05 AM | 0:26 | | 12026827726 | 1 | Completed |
| 2/26/2006 2:04 AM | 0:26 | | 12129633301 | 1 | Completed |
| 2/26/2006 1:15 AM | 21:34 | | 12022325993 | 52 | Completed |
| 2/26/2006 12:54 AM | 21:12 | | 12026827726 | 51 | Completed |
| 2/26/2006 12:29 AM | 20:57 | | 12129633301 | 51 | Completed |
| 2/25/2006 4:37 PM | 5:42 | | 18005315717 | 14 | Completed |
| 2/25/2006 9:46 AM | 2:19 | | 13193521272 | 5 | Completed |
| 2/25/2006 9:39 AM | 6:32 | | 13193521272 | 10 | Completed |
| 2/25/2006 2:31 AM | 0:41 | | 14022551600 | 1 | Completed |
| 2/25/2006 2:24 AM | 0:41 | | 12023872564 | 1 | Completed |
| 2/25/2006 1:41 AM | 1:14 | | 12023872564 | 3 | Completed |
| 2/24/2006 8:13 PM | 1:14 | | 14022551600 | 3 | Completed |
| 2/24/2006 7:53 PM | 0:30 | | 17574462414 | 1 | Completed |
| 2/24/2006 7:27 PM | 1:11 | | 12023872564 | 3 | Completed |

06 0429

FILED

MAR − 8 2006



NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**ATTACHMENT I**

February 28, 2006

TO: Attorney General of the U.S. &
     U.S. Attorney

FROM: Philip Tinsley III

RE: OBSTRUCTION OF JUSTICE

The case entitled, *Tinsley v. Mary Washington Hospital/MediCorp Health System*, has
still not been received by this pro se plaintiff for service upon the defendant even though
it was supposed to have been filed by the Clerk of the U.S. District Court for the Eastern
District of Virginia's Richmond Division, 1000 East Main Street (see USPS Express
Mail, Tracking No. EQ150768694US).

Everyday that it is not received for service is an additional charge of obstruction of
justice, 18 U.S.C.A. § 1505, on the U.S. District Court for the Eastern District of
Virginia's Richmond Division/Clerk.

Sincerely,

Philip Tinsley, III
Attorney-in-fact for Hermione
Bell Tinsley & Pro Se Plaintiff

cc: U.S. Health and Human Service
    U.S. Department of Defense
    President of the United Nations
     General Assembly

**Sent by Facsimile**

06 0429



**ATTACHMENT  J**

March 1, 2006

TO: U.S. Marshal & U.S. Attorney

FROM: Philip Tinsley III

RE: ARREST

I am requesting the immediate arrest and disbarment of *Mr.* James R. Spencer who claims to be the Chief Judge of the U.S. District Court for the Eastern District of Virginia's Richmond Division. The charges are impersonating, 18 U.S.C.A. § 912; obstruction of justice, 18 U.S.C.A. § 1505; making false statements, 18 U.S.C.A. § 1001; conspiracy to interfere with civil rights (where death has resulted), 18 U.S.C.A. § 241; and gross incompetence. Please allow the following facts and documents to serve as an affidavit for his arrest:

1. There is no order prohibiting me from filing under the Vth Amendment to the U.S. Constitution, 42 U.S.C.A. § 1981(a); and Rule 5(e) of the *Federal Rules of Civil Procedure*;

2. U.S. District Court Judge Jerome Barry Friedman was ***disqualified*** by filed motion under 28 U.S.C.A. § 144 in *Tinsley v. Martin, Case No. 2:00CV360*; *Lake Taylor Hospital, t.a./City of Norfolk v. Bell & Tinsley, Case No. 2:00CV327*; and *Bell, Tinsley & Tinsley, Case No. 2:00CV880*, in the U.S. District Court for the Eastern District of Virginia's Norfolk Division … this all occurred in the year **2000 A.D.**;

3. An U.S. District Court Judge's "ORDER" requires that the judge formulates/writes and files an "OPINION" … . Mr. James R. Spencer has neither the knowledge nor the education to write one. Furthermore, Mr. James R. Spencer neglected to place his typed/word processed name underneath his signature; therefore, sequitur Mr. James R. Spencer is not a federal judge. And …

4. The Clerk must *file Tinsley v. Mary Washington Hospital/Medicorp Health System* and return it to me for service or also be arrested under the same charges with the exception of making false statements, 18 U.S.C.A. § 1001

06  0429

Remove Mr. James R. Spencer from the Lewis F. Powell U.S. District Courthouse immediately

FILED
MAR - 8 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**ATTACHMENT  K**

Sincerely,

Philip Tinsley, III
Pro Se Plaintiff/Attorney-in
Fact for Hermione Bell Tinsley

Enclosures (2 pages)

cc: Attorney General of the U.S.
    President of the United Nations
     General Assembly

**Sent by Facsimile**

-2-

**HEWLETT® PACKARD** *hp officejet 6200 series*

## Sent

| Date | Duration | Name | Fax Number | Pages | Status |
|------|----------|------|------------|-------|--------|
| 3/1/2006 3:28 PM | 4:40 | | 17036831748 | 5 | Completed |
| 3/1/2006 3:25 PM | 2:04 | | 18042577109 | 5 | Completed |
| 3/1/2006 3:23 PM | 2:07 | | 18043589646 | 5 | Completed |
| 3/1/2006 3:20 PM | 2:29 | | 18047832514 | 4 | Completed |
| 3/1/2006 3:17 PM | 2:03 | | 18042799720 | 5 | Completed |
| 3/1/2006 3:14 PM | 2:03 | | 18047802263 | 5 | Completed |
| 3/1/2006 3:04 PM | 4:04 | | 13126014332 | 9 | Completed |
| 3/1/2006 2:54 PM | 3:40 | | 14087651845 | 9 | Completed |
| 3/1/2006 2:41 PM | 4:33 | | 12133839674 | 5 | Completed |
| 3/1/2006 2:38 PM | 2:12 | | 14103663304 | 5 | Completed |
| 3/1/2006 2:35 PM | 2:03 | | 12024672699 | 5 | Completed |
| 3/1/2006 2:33 PM | 1:39 | | 12023872564 | 4 | Completed |
| 3/1/2006 2:30 PM | 1:39 | | 12129633301 | 4 | Completed |
| 3/1/2006 2:28 PM | 1:38 | | 12023076777 | 4 | Completed |
| 3/1/2006 2:26 PM | 1:40 | | 17032992584 | 4 | Completed |
| 3/1/2006 2:24 PM | 1:41 | | 14342933299 | 4 | Completed |
| 3/1/2006 1:33 PM | 2:04 | | 17036843417 | 5 | Completed |
| 3/1/2006 1:30 PM | 2:07 | | 17035498603 | 5 | Completed |
| 3/1/2006 1:26 PM | 2:03 | | 17035353111 | 5 | Completed |
| 3/1/2006 1:24 PM | 1:59 | | 17038386493 | 5 | Completed |
| 3/1/2006 1:21 PM | 2:00 | | 17036838417 | 5 | Completed |
| 3/1/2006 1:17 PM | 1:49 | | 12029397461 | 4 | Completed |
| 3/1/2006 1:14 PM | 1:39 | | 12029862513 | 4 | Completed |
| 3/1/2006 1:12 PM | 1:39 | | 12022236808 | 4 | Completed |
| 3/1/2006 1:09 PM | 2:10 | | 17032992584 | 5 | Completed |
| 3/1/2006 1:08 PM | 1:13 | | 18047750501 | 3 | Completed |
| 3/1/2006 11:53 AM | 3:38 | | 12126357445 | 9 | Completed |
| 3/1/2006 11:47 AM | 3:43 | | 12012964004 | 9 | Completed |
| 2/28/2006 9:46 PM | 2:29 | | 01141613217476 | 3 | Completed |
| 2/28/2006 9:44 PM | 0:13 | | 01131613217476 | 0 | Canceled |

06 0429



FILED

MAR - 8 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**ATTACHMENT  L**

March 2, 2006

TO: Attorney General U.S. & U.S.
        Attorney

FROM: Philip Tinsley III


RE: OBSTRUCTION OF JUSTICE

Please enter yet another charge (3rd) of obstruction of justice, 18 U.S.C.A. § 1505, against
the Clerk/U.S. District Court for the Eastern District of Virginia's Richmond Division,
1000 East Main Street.

It is now March 2, 2006, and I do not have the case entitled, *Tinsley v. Mary Washington
Hospital/MediCorp Health System, 3:06 ...*, for service upon the defendant.

Sincerely,

*Philip Tinsley, III*

Philip Tinsley, III
Attorney-in-fact/Trustee/
Pro Se Plaintiff

cc: President of the United Nations
        General Assembly
        Embassy of Sweden

**Sent by Facsimile**


06 0429


FILED

MAR - 8 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT


**ATTACHMENT  M**

**HEWLETT PACKARD** *hp officejet 6200 series*

## *Sent*

| Date | Duration | Name | Fax Number | Pages | Status |
|------|----------|------|------------|-------|--------|
| 3/3/2006 1:31 PM | 0:00 | | 01141613217476 | 0 | Error: No answer |
| 3/3/2006 12:30 PM | 0:00 | | 01141613217476 | 0 | Error: No answer |
| 3/3/2006 12:28 PM | 0:00 | | 01141613217476 | 0 | Error: No answer |
| 3/3/2006 12:23 PM | 5:01 | | 01141613217476 | 6 | Error: Communication Err |
| 3/3/2006 11:53 AM | 28:20 | | 01141613217476 | 29 | Completed |
| 3/3/2006 11:50 AM | 1:25 | | 01141613217476 | 1 | Completed |
| 3/3/2006 3:00 AM | 0:29 | | 01141613217477 | 0 | Canceled |
| 3/3/2006 2:59 AM | 0:35 | | 01141613217476 | 0 | Canceled |
| 3/3/2006 2:58 AM | 0:00 | | 01141613217476 | 0 | Error: No answer |
| 3/2/2006 7:42 PM | 1:18 | | 14022551600 | 3 | Completed |
| 3/2/2006 7:40 PM | 1:51 | | 13193521272 | 3 | Completed |
| 3/2/2006 7:34 PM | 1:20 | | 6584031 | 3 | Completed |
| 3/2/2006 7:32 PM | 1:19 | | 12023076777 | 3 | Completed |
| 3/2/2006 7:31 PM | 1:22 | | 14109662027 | 3 | Completed |
| 3/2/2006 7:28 PM | 1:56 | | 12022753689 | 3 | Completed |
| 3/2/2006 7:25 PM | 1:33 | | 18009828459 | 3 | Completed |
| 3/2/2006 7:23 PM | 1:25 | | 12023872564 | 3 | Completed |
| 3/2/2006 7:21 PM | 1:20 | | 12129633301 | 3 | Completed |
| 3/2/2006 7:20 PM | 0:56 | | 17032992584 | 2 | Completed |
| 3/2/2006 2:58 PM | 0:24 | | 12026907203 | 1 | Completed |
| 3/2/2006 2:57 PM | 0:24 | | 12024672699 | 1 | Completed |
| 3/2/2006 2:56 PM | 0:24 | | 12129633301 | 1 | Completed |
| 3/2/2006 2:55 PM | 0:25 | | 17032992584 | 1 | Completed |
| 3/2/2006 2:54 PM | 0:26 | | 12023076777 | 1 | Completed |
| 3/2/2006 2:50 PM | 2:35 | | 6584031 | 6 | Completed |
| 3/2/2006 2:44 PM | 5:24 | | 12022734880 | 6 | Completed |
| 3/2/2006 2:41 PM | 2:33 | | 14109662027 | 6 | Completed |
| 3/2/2006 2:37 PM | 2:48 | | 18009828459 | 6 | Completed |
| 3/2/2006 2:34 PM | 2:50 | | 13193521272 | 6 | Completed |
| 3/2/2006 2:31 PM | 2:34 | | 14022551600 | 6 | Completed |

06 0429

FILED

MAR - 8 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**ATTACHMENT  N**

March 3, 2006

TO: Alberto R. Gonzales, Attorney General of the U.S.
     & Paul J. McNulty, U.S. Attorney for the Eastern
       District of Virginia

FROM: Philip Tinsley III


RE: OBSTRUCTION OF JUSTICE

Enter a fourth (4th) charge of obstruction of justice, 18 U.S.C.A. § 1505, against the
Clerk/U.S. District Court for the Eastern District of Virginia's Richmond Division, 1000
East Main Street.

It is now March 3, 2006, and I do not have the case entitled, *Tinsley v. Mary Washington
Hospital/MediCorp Health System, 3:06* ..., for service upon the defendant. My mother,
Hermione Bell Tinsley, *died* (see Rules 5(e) & 25, *FRCP*) at the Mary Washington
Hospital in Fredericksburg, VA on February 19, 2006, at 10:00 PM.

If I do not receive this aforementioned case for filing tomorrow, March 4th or by Monday,
March 6th, you both will be guilty of obstruction of justice by *omission* ... .

Sincerely,

*[signature: Philip Tinsley, III]*

Philip Tinsley, III
Attorney-in-fact/Pro Se
Plaintiff for Hermione
Bell Tinsley


cc: President of the United Nations
     General Assembly
     Embassy of Sweden

**Sent by Facsimile**

06 0429

**FILED**

MAR – 8 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**ATTACHMENT  O**