UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Civil Action, File No. 1:06CV00429 RCL

| | |
|---|---|
| TINSLEY )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>)<br>GONZALES )<br>)<br>**Defendant.** )<br>_____ ) | **MOTION TO CORRECT CLERICAL ERROR UNDER THE FEDERAL RULES OF CIVIL PROCEDURE** |

Plaintiff, in pro se, moves this Court and the Hon. Royce C. Lamberth (RCL), U.S. District Court Judge assigned to this case, to correct an error made by the Clerk/Deputy Clerk of this Court under Rule 60 of the *Federal Rules of Civil Procedure* (FRCP), and in support of his motion elects to file a MEMORANDUM OF LAW:

I. On the 14th day of April of 2006, at 1:24 PM, the Clerk/Deputy Clerk received an order/demand to file this pro se plaintiff's "MOTION FOR JUDGMENT BY ENTRY OF DEFAULT" via USPS Express Mail (see *ATTACHMENTS A-C*). Also, included in the aforementioned USPS Express mailing was a paid means of returning two (2) filed/stamped originals via USPS Express Mail (see *ATTACHMENT D*).

II. The Clerk/Deputy Clerk did not return the second (2nd) USPS Express mailing until April 18, 2006 (see *ATTACHMENT E*), demonstrating and proving obstruction of justice (18 U.S.C.A. § 1505). Furthermore, the USPS Express mailing had two (2) original plaintiff's "MOTION[s] FOR JUDGMENT BY ENTRY OF DEFAULT"; however, there was no Clerk's/Court's stamp on the motions indicating that the

-1-

RECEIVED
APR 2 0 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

aforementioned had been filed on April 14, 2006; this is additional proof of obstruction of justice (18 U.S.C.A. § 1505).

III. The Clerk/Deputy Clerk of this Court has no power or authority to violate this pro se plaintiff's Vth Amendment rights (due process of law) or his rights under 42 U.S.C.A. § 1981(a) & (c). Furthermore, the Clerk/Deputy Clerk of this Court or any U.S. District Court in this nation has no right to **disobey** Rule 5(e) FRCP when instructed by a party to a lawsuit to file under this Rule.

IV. This pro se plaintiff hereby demands a correction under Rules 5(e) and 60(a) & (b)(1) & (3) FRCP by the Clerk/Deputy Clerk in that he/she files his "MOTION[s] ..." and returns one (1) filed/stamped "MOTION TO CORRECT CLERICAL ERROR UNDER THE FEDERAL RULES OF CIVIL PROCEDURE" and returns two (2) filed/stamped "MOTION[s] FOR JUDGMENT BY ENTRY OF DEFAULT".

## CONCLUSION

This pro se plaintiff hopes that these "MOTION[s] ..." will be filed and sufficient, so he will not have to file a "MOTION FOR WRIT OF MANDAMUS TO COMPEL ..." which will necessitate the direct involvement of the U.S. Attorney and the *acting* Attorney General of the U.S. ... .

---

Plaintiff requests a date in Court so that he can present evidence.

Dated this 18th day of April, 2006

By _____/s/ Philip Tinsley III_____
Philip Tinsley III, in Pro Se
148 Preston Circle
Fredericksburg, VA 22406
Tel. (540) 538-4675

cc: (via certified, return receipt mail, Article Nos. 7005 2570 0001 0437 6522, 7005 2570 0001 0437 6539, 7005 2570 0001 0437 6546 & 7005 2570 0001 0437 6553, respectively)

    H.E. Mr. Jan Eliasson
    President of the United Nations
      General Assembly
    New York, NY 10017

    President of the U.S.
    1600 Pennsylvania Ave., NW
    Washington, DC 20500

    Hon. Alberto R. Gonzales
    Attorney General of the U.S.
    U.S. Department of Justice
    950 Pennsylvania Ave., NW, Rm. 4400
    Washington, DC 20530-0001

    U.S. Attorney
    555 4th Street, NW
    Washington, DC 20001-2733

148 Preston Circle
Fredericksburg, VA 22406
April 13, 2006

Clerk, U.S. District Court for
 the District of Columbia
E. Barrett Prettyman U.S. Courthouse
333 Constitution Avenue, NW
Washington, DC 20001

RE: Filing

Sir or Madam:

    Please file this formal "MOTION FOR JUDGMENT BY ENTRY OF DEFAULT" against the Hon. Alberto R. Gonzales in the on going case, *Tinsley v. Gonzales*, Case No. 1:06CV00429, in accordance with Rule 5(e) of the *Federal Rules of Civil Procedure* (FRCP). I am exercising my civil and legal rights to file this complaint according to the Vth Amendment (due process of law) of the U.S. Constitution, 42 U.S.C.A. § 1981(a) & (c), and being a voting eligible U.S. citizen.

    Enclosed in this U.S. Postal System Express Mailing (Tracking No. EQ 336606838 US) you will find:

    1. Three (3) signed and exactly the same "MOTION[s] FOR JUDGMENT ..."; and

    2. A paid means (USPS Express Mail, Tracking No. EQ 336606841 US) of returning two (2) of the aforementioned three (3) "MOTION[s] FOR JUDGMENT ..." dated and stamped (originals) to me.

Very truly yours,

*Philip Tinsley III*
Philip Tinsley III
Pro Se Plaintiff

Enclosures

1

**ATTACHMENT A**

cc: H.E. Mr. Jan Eliasson, President
    of the United Nations General
    Assembly
    U.S. Secretary of State
    U.S. Civil Rights Commission

**EXPRESS MAIL** — Customer Copy
Label 11-B, March 2004
UNITED STATES POSTAL SERVICE
Post Office To Addressee

EQ 336606838 US

Dates: 4/13/06 — 14.40
4/13/06
15:57

FROM: Philip Tinsley III, Pro Se Plaintiff
145 Preston Circle
Fredericksburg, VA 22406-5144

TO: Clerk – Civil Division
U.S. Dist. Ct. Dist. DC (Columbia)
333 Constitution Ave., NW
Washington, DC 20001

FOR PICKUP OR TRACKING
Visit www.usps.com
Call 1-800-222-1811

---

FALMOUTH POSTAL STORE
FALMOUTH, Virginia
224066470
5176530403-0098
04/13/2006    (800)275-8777    03:58:52 PM

——— Sales Receipt ———
Product Description | Sale Qty | Unit Price | Final Price

WASHINGTON DC 20001 EM    $14.40
PO-Add Flat Rate
13.40 oz.
  Label #: E0336606838US
  Next Day Noon / Normal
  Delivery
  Customer Postage         -$14.40
  Subtotal:                  $0.00

Total:                       $0.00

Paid by:

Bill#: 1000202087374
Clerk: 13

— All sales final on stamps and postage. —
Refunds for guaranteed services only.
Thank you for your business.
Customer Copy

**ATTACHMENT B**



**ATTACHMENT C**



# Track & Confirm

**Search Results**

Label/Receipt Number: EQ33 6606 838U S
Status: Delivered

Your item was delivered at 1:24 pm on April 14, 2006 in WASHINGTON, DC 20001 to US DIST CT 333 CONST. The item was signed for by R TRAMMELL.

**Track & Confirm**
Enter Label/Receipt Number.

**Notification Options**

Track & Confirm by email
Get current event information or updates for your item sent to you or others by email.

Proof of Delivery
Verify who signed for your item by email, fax, or mail.

POSTAL INSPECTORS     site map    contact us    government services    jobs    National & Premier Accounts
Preserving the Trust              Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use    Privacy Policy

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelInquiry.do

4/14/2006

**ATTACHMENT D**



Home | Help

Track & Confirm

# Track & Confirm

Label/Receipt Number: EQ33 6806 841U S
Status: Delivered

Your item was delivered at 4:04 pm on April 18, 2006 in FREDERICKSBURG, VA 22406. The item was signed for by P TINSLEY.

Track & Confirm

Enter Label/Receipt Number.

( Additional Details > )  ( Return to USPS.com Home > )

**Notification Options**

Track & Confirm by email
Get current event information or updates for your item sent to you or others by email.  ( Go > )

Proof of Delivery
Verify who signed for your item by email, fax, or mail.  ( Go > )

POSTAL INSPECTORS    site map   contact us   government services   jobs   National & Premier Accounts
Preserving the Trust
Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelInquiry.do                           4/18/2006

**ATTACHMENT E**