UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Civil Action, File No. <u>1:06CV00429 RCL</u>

| | |
|---|---|
| TINSLEY ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **MOTION FOR JUDGMENT BY ENTRY OF** |
| ) | **DEFAULT** |
| ) | |
| GONZALES ) | |
| ) | |
| **Defendant.** ) | |
| _____) | |

Plaintiff, in pro se, moves this Court for judgment in his favor pursuant to Rules 4, 6(e), 7(a) & 55 of the *Federal Rules of Civil Procedure* (FRCP), and in support of his motion elects to file a MEMORANDUM OF LAW:

I. On the 9th day of March of 2006, at 9:50:35 AM (see *ATTACHMENT A*) this pro se plaintiff filed a "COMPLAINT" with the Clerk of the United States District Court for the District of Columbia against the Hon. Alberto R. Gonzales, the Attorney General of the United States (U.S.). Pursuant thereto, the Attorney General of the U.S.; the President of the United Nations General Assembly, H.E. Mr. Jan Eliasson; the President of the U.S.; and the U.S. Attorney were served with the "COMPLAINT" (stamped by the Clerk of the U.S. District Court for the District of Columbia), proper notice and waiver of summons forms, and a paid means of returning the waiver on the 10th day of March of 2006, at 4:09:09 PM (see *ATTACHMENTS B-G*).

II. Service was executed by the United States Postal System (USPS) via certified, return receipt mail, on the 10th day of March of 2006, at 4:09:09 PM, and received by the Hon. Alberto R. Gonzales on March 20, 2006, at 3:40 PM (see *ATTACHMENT H1*);

-1-

RECEIVED

APR 2 0 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

received by the H.E. Mr. Jan Eliasson on March 14, 2006, at 7:45 AM (see *ATTACHMENT H2*); received by the acting President of the U.S. on March 16, 2006, at 5:04 AM (see *ATTACHMENT H3*); and received by the U.S. Attorney on March 15, 2006, at 10:41 AM (see *ATTACHMENT H4*).

III. Copies of the completed "NOTICE OF LAWSUIT AND REQUEST FOR WAIVER OF SERVICE FOR SUMMONS" (Form 1A.), "WAIVER OF SERVICE OF SUMMONS" (Form 1B.), paid means of return delivery by mail, and USPS "CERTIFIED MAIL RECEIPTS[s]" (PS Form 3811, February 2004) were sent to the Clerk of the U.S. District Court for the District of Columbia via USPS certified, return receipt mail (Article No. 7005 2570 0001 0436 6301) on March 10, 2006, at 4:24:52 PM (see *ATTACHMENTS B-G*), and received by the Clerk on March 13, 2006, at 4:29 PM (see *ATTACHMENTS I-K*).

IV. The defendant, the Hon. Alberto R. Gonzales, the Attorney General of the U.S., and chief legal officer of the U.S., had until April 10, 2006, to return FORM 1B./serve a filed answer (see Rules 4, 7(a) & 5(e) FRCP) upon this pro se plaintiff.

V. Under Rule 6(e) FRCP, the Hon. Alberto R. Gonzales had an additional three (3) business days after the 10th day of April of 2006, the 13th, in which to return FORM 1B./serve a filed answer to the "COMPLAINT" on the plaintiff (see Rule 4 FRCP) ... this did not occur.

VI. Alberto R. Gonzales, the defendant, did not file an answer to the "COMPLAINT", was not granted government service by the Clerk of this Court (see *Tinsley v. Mueller, Case No. 1:03CV00059*, U.S. Dist. Ct. Dist. DC), and is in ***default*** (see *Tinsley v. Rehnquist, Case No. 1:01CV01733*, U.S. Dist. Ct. Dist. DC; *Tinsley v. Hastert, Case No. 1:02CV02342*, U.S. Dist. Ct. Dist. DC; *Tinsley v. Mueller, Case No. 1:03CV00059*, U.S. Dist. Ct. Dist. DC; and *Tinsley v. Ginsberg, Case No. 1:03CV01538/01539*, U.S. Dist. Ct. Dist. DC) on charges of **mail fraud**. Therefore,

I, the pro se plaintiff, do hereby make my application to the Clerk and the Court under Rule 55 FRCP (see 90 *New York Supplement*, 589 & 590 and *North Western Reporter 2d*, 548 & 553). The Clerk has the option of spending the United States'/U.S. Department of Justice's money and formally serving Alberto R. Gonzales and extending the time period twenty-one (21) days to answer the "COMPLAINT" or can simply enter the default judgment against Alberto R. Gonzales.

## CONCLUSION

Our nation's political, second (2nd) millennium began with the inauguration of Republican President George W. Bush, however, even more important than the re-establishment of order after William *Jefferson* Clinton were the historical appointments of the first black Secretary of State, GEN (RET) Colin L. Powell; the first black and first female National Security Advisor (NSA), Dr. Condoleeza Rice; and the first Hispanic White House Legal Counsel head, Alberto R. Gonzales. Eventually, these historical appointments lead to the production of even more history under the Republican umbrella with NSA Condoleeza Rice becoming the first black female Secretary of State and Alberto R. Gonzales becoming the first Hispanic Attorney General of the United States. These were natural occurrences under the Republican Party given its history in this nation, however, what was unnatural about the Republican Party was the necessity of suing then President George W. Bush in the U.S. Supreme Court on charges of ***treason*** (see *Tinsley v. United States*, 2001, filed in the U.S. Supreme Court, June 2001). Alberto R. Gonzales, head of White House Legal Counsel, received service of the aforementioned U.S. Supreme Court lawsuit from this pro se plaintiff and from the U.S. Solicitor General; however, he failed to file an answer for then President George W. Bush ... . Later, on August 24, 2001, the "MOTION FOR JUDGMENT BY ENTRY OF DEFAULT" and "PROOF OF SERVICE" were filed in the U.S. Supreme Court in *Tinsley v. United States*, 2001, and once again double service was effected by this pro se plaintiff and by the U.S. Solicitor General. Nevertheless, Alberto R. Gonzales did not respond to the default motion either and George W. Bush became a ***felon*** and no longer able to hold the office of President of the United States.

As evidenced by this lawsuit this pattern of felonious ignorance by the Hon. Alberto R. Gonzales has continued and has made the former Attorney General of the United States a *felon* and no longer able to continue in his appointed office ... the first Hispanic Attorney General of the U.S. must resign in disgrace and in disrepute. *Mr.* Alberto R. Gonzales has exhibited a blatant disrespect for the laws of the United States and for the honor of being the first Hispanic appointed as head of White House Legal Counsel, Attorney General of the U.S., and the chief legal officer of the United States. Furthermore, he was/is incredibly flagrant in performing his sworn duties under 28 U.S.C.A. Ms. Katherine Davalos Ortega and Dr. Linda Chavez were faithful to the laws of the United States and served their country honorably during the Reagan Administration; this pro se plaintiff cannot imagine why Alberto R. Gonzales did not repeat that level of performance as a Republican. In retrospect, this pro se plaintiff is confident that the Hon. José A. Cabranes (Columbia College of Columbia University, B.A. and Yale University Law School, J.D.), a federal judge, would not have traveled such an obtuse path even as a member of the Democratic Party ... .

According to 5 U.S.C.A., U.S. Secretary of State Condoleeza Rice must completely resolve the issues of *treason* (see *ATTACHMENT L*) that were not even addressed by Alberto R. Gonzales and hopefully this Court will make the awards demanded in the previously filed *default* motions against the late William H. Rehnquist (see *Tinsley v. Rehnquist, Case No. 1:01CV01733*, U.S. Dist. Ct. Dist. DC); former Speaker of the House, J. Dennis Hastert (see *Tinsley v. Hastert, Case No. 1:02CV02342*, U.S. Dist. Ct. Dist. DC); former Director of the FBI, Richard Mueller III (see *Tinsley v. Mueller, Case No. 1:03CV00059*, U.S. Dist. Ct. Dist. DC)\*; and former U.S. Supreme Court Justice Ruth Bader Ginsburg (see *Tinsley v. Ginsburg, Case No. 1:03CV01538/39*, U.S. Dist. Ct. Dist. DC).

**WHEREFORE** all of the previous items being considered, I, the pro se plaintiff, demand judgment against the defendant, Alberto R. Gonzales for:

**EIGHTY THOUSAND DOLLARS ($80,000)** for violating 18 U.S.C.A. § 1341, Notes 57, 60 & 63, through willful negligence demonstrating breach of duty, causation, and psychological distress.

Plaintiff requests a date in Court so that he can present evidence

Dated this 18th day of April, 2006

By _____
Philip Tinsley III, in Pro Se
148 Preston Circle
Fredericksburg, VA 22406
Tel. (540) 538-4675

cc: (via certified, return receipt mail, Article Nos. 7005 2570 0001 0437 6522, 7005 2570 0001 0437 6539, 7005 2570 0001 0437 6546 & 7005 2570 0001 0437 6553, respectively)

H.E. Mr. Jan Eliasson
President of the United Nations
 General Assembly
New York, NY 10017

President of the U.S.
1600 Pennsylvania Ave., NW
Washington, DC 20500

Hon. Alberto R. Gonzales
Attorney General of the U.S.
U.S. Department of Justice
950 Pennsylvania Ave., NW, Rm. 4400
Washington, DC 20530-0001

U.S. Attorney
555 4th Street, NW
Washington, DC 20001-2733

*Please note that the FBI is defunct-no ability to investigate, arrest, or litigate pending the appointment of a new director. The Department of Homeland Security will have to take over the FBI's responsibilities.

```
GU
THANK YOU
    CHECK TENDERED $              $250.00
        250.00
===== T O T A L ======
        190.00
510000    SPECIAL CIVIL FILING
CASE # 06-0429
        60.00
086900    FILING FEE CIVIL
CASE # 06-0429
======NO REFUND WITHOUT RECEIPT======
DC   1-1 LATD           Receipt # 143055
03/09/06
                                9:50:35 AM
              WASHINGTON D.C.
U.S. DISTRICT COURT
```

**ATTACHMENT A**






**ATTACHMENT B**



**ATTACHMENT C**

```
              FALMOUTH POSTAL STORE
                 FALMOUTH, Virginia
                     224066470
                   5176530403-0097
 03/10/2006       (800)275-8777        04:09:09 PM

 ─────────────── Sales Receipt ───────────────
  Product         Sale    Unit           Final
  Description     Qty     Price          Price

  WASHINGTON DC 20530                    $1.83
  First-Class
    6.10 oz.
     Return Rcpt (Green Card)           $1.85
     Certified                          $2.40
     Label #:     70052570000104366288
                                        ────────
                  Issue PVI:            $6.08

  NEW YORK NY 10017                     $1.59
  First-Class
    5.90 oz.
     Return Rcpt (Green Card)           $1.85
     Certified                          $2.40
     Label #:     70052570000104366264
                                        ────────
                  Issue PVI:            $5.84

  WASHINGTON DC 20500                   $1.59
  First-Class
    5.90 oz.
     Return Rcpt (Green Card)           $1.85
     Certified                          $2.40
     Label #:     70052570000104366271
                                        ────────
                  Issue PVI:            $5.84

  WASHINGTON DC 20001                   $1.59
  First-Class
    5.90 oz.
     Return Rcpt (Green Card)           $1.85
     Certified                          $2.40
     Label #:     70052570000104366295
                                        ────────
                  Issue PVI:            $5.84
                                        ════════
 Total:                                 $23.60

 Paid by:
 Cash                                   $30.00
 Change Due:                            -$6.40

 Bill#: 1000302497754
 Clerk: 07

 ── All sales final on stamps and postage. ──
     Refunds for guaranteed services only.
           Thank you for your business.
                  Customer Copy
```

**ATTACHMENT D**

(2)

**Form 1A. Notice of Lawsuit and Request for Waiver of Service of Summons**

TO: <u>Alberto R. Gonzales</u> [as <u>Attorney General</u> of <u>the United States</u>]

A lawsuit has been commenced against you (or the entity on whose behalf you are addressed). A copy of the complaint is attached to this notice. It has been filed in the United States District Court for the <u>District of Columbia</u> and has been assigned docket number <u>1:06CV00429</u>.

This is not a formal summons or notification from the court, but rather my request that you sign and return the enclosed waiver of service in order to save the cost of serving you with a judicial summons and an additional copy of the complaint. The cost of service will be avoided if I receive a signed copy of the waiver within <u>30</u> days after the date designated below as the date on which this Notice and Request is sent. I enclosed a stamped and addressed envelope with certified, return receipt card-<u>Article No. 7005 2570 0001 0436 6318</u> (or other means of cost-free return) for your use. An extra copy of the waiver is also attached for your records.

If you comply with this request and return the signed waiver, it will be filed with the court and no summons will be served on you. The action will then proceed as if you had been served on the date the waiver is filed, except that you will not be obligated to answer the complaint before 60 days from the date designated below as the date on which this notice is sent (or before 90 days from that date if your address is not in any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will take appropriate steps to effect formal service in a manner authorized by the Federal Rules of Civil Procedure and will then, to the extent authorized by those Rules, ask the court to require you (or the party on whose behalf you are addressed) to pay the full costs of such service. In that connection, please read the statement concerning the duty of parties to waive the service of the summons, which is set forth on the reverse side (or at the foot) of the waiver form.

I affirm that this request is being sent to you on behalf of the plaintiff, this <u>10th</u> day of <u>March, 2006</u>.

*Signature of Plaintiff's Attorney or Unrepresented Plaintiff*

**NOTES**

A-Name of individual defendant (or name of officer or agent of corporate defendant)
B-Title, or other relationship of individual to corporate defendant
C-Name of corporate defendant, if any
D-District
E-Docket number of action
F-Addressee must be given at least 30 days (60 days if located in foreign country) in which to return waiver

(As added Apr. 22, 1993, eff. Dec. 1, 1993.)

**ATTACHMENT E**

**Form 1B. Waiver of Service of Summons**

TO: <u>Philip Tinsley III</u>

I acknowledge receipt of your request that I waive service of summons in the action of <u>Complaint v. Negligence</u>, which is case number <u>1:06CV00429</u> in the United States District Court for the <u>District of Columbia</u>. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after <u>March 10, 2006</u>, or within 90 days after that date if the request was sent outside of the United States.

_____    _____
Date                      Signature
                         Printed/typed name: _____
                              [as _____]
                              [of _____]

**DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of a summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

(As added Apr. 22, 1993, eff. Dec. 1, 1993.)

**ATTACHMENT F**

**CERTIFIED MAIL**

7005 2570 0001 0436 6318

Philip Tinsley III, Pro Se Plaintiff
148 Preston Circle
Fredericksburg, VA 22406-5144

Hon. Alberto R. Gonzales, Atty. Gen. U.S.
U.S. Department of Justice
950 Pennsylvania Ave., N.W., Room 4400
Washington, DC 20530-0001

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**

OFFICIAL USE

Postage $
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees $

Sent to: Philip Tinsley III, Pro Se Plaintiff
Street, Apt. No.; or PO Box No. 148 Preston Circle
City, State, ZIP+4 Fredericksburg, VA 22406-5144

7005 2570 0001 0436 6318

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Philip Tinsley, III, Pro Se Plaintiff
148 Preston Circle
Fredericksburg, VA 22406-5144

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☒ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7005 2570 0001 0436 6318

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**ATTACHMENT G**


**UNITED STATES POSTAL SERVICE®**

Home | Help

Track & Confirm

# Track & Confirm

**Search Results**

Label/Receipt Number: 7005 2570 0001 0436 6298
Status: Delivered

Your item was delivered at 3:40 am on March 20, 2006 in WASHINGTON, DC 20530.

( Additional Details > ) ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.

**Notification Options**

Track & Confirm by email
Get current event information or updates for your item sent to you or others by email. ( Go > )

---

POSTAL INSPECTORS    site map   contact us   government services   jobs   National & Premier Accounts
Preserving the Trust                Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelInquiry.do

3/29/2006

**ATTACHMENT H1**


**UNITED STATES POSTAL SERVICE**

Home | Help

## Track & Confirm

### Search Results

Label/Receipt Number: 7005 2570 0001 0436 6264
Status: Delivered

Your item was delivered at 7:45 am on March 14, 2006 in NEW YORK, NY 10017.

[ Additional Details > ]  [ Return to USPS.com Home > ]

**Track & Confirm**
Enter Label/Receipt Number.

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email. [ Go > ]

POSTAL INSPECTORS   site map   contact us   government services   jobs   National & Premier Accounts
Preserving the Trust       Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelInquiry.do

3/29/2006

**ATTACHMENT H2**



Home | Help

# Track & Confirm

### Search Results

Label/Receipt Number: 7005 2570 0001 0436 6271
Status: Delivered

Your item was delivered at 5:04 am on March 16, 2006 in WASHINGTON, DC 20500.

( Additional Details > )  ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.

### Notification Options

Track & Confirm by email
Get current event information or updates for your item sent to you or others by email. ( Go > )

---

POSTAL INSPECTORS
Preserving the Trust
  site map   contact us   government services   jobs   National & Premier Accounts
Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use   Privacy Policy

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelInquiry.do

3/29/2006

**ATTACHMENT H3**



Home | Help

Track & Confirm

## Track & Confirm

**Search Results**

Label/Receipt Number: 7005 2570 0001 0436 6296
Status: Delivered

Your item was delivered at 10:41 am on March 15, 2006 in WASHINGTON, DC 20001.

[ Additional Details > ]  [ Return to USPS.com Home > ]

**Track & Confirm**
Enter Label/Receipt Number.

**Notification Options**

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.  [ Go > ]



POSTAL INSPECTORS        site map   contact us   government services   jobs   National & Premier Accounts
Preserving the Trust                 Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelInquiry.do

3/29/2006

**ATTACHMENT H4**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

PHILIP TINSLEY III

    Plaintiff,

v.                                 Case No. 1:06CV00429

HON. ALBERTO R. GONZALES

    Defendant.

_____

### PROOF OF SERVICE

I, Philip Tinsley III, pro se plaintiff, mailed an original "COMPLAINT" stamped by the Clerk; two (2) FORM[s] 1A.; two (2) FORM[s] 1B.; a pre-paid means to return one (1) signed FORM 1B to me via the United States Postal System (certified, return receipt mail), to the Hon. Alberto R. Gonzales, the defendant.

Copies of the aforementioned were mailed on the same date to the U.S. Attorney to complete service.

Date: March 10, 2006

                                                        Philip Tinsley, III
                                                        Pro Se Plaintiff

                                                        148 Preston Circle
                                                        Fredericksburg, VA 22406
                                                        Tel. (540) 538-4675

Enclosures

### ATTACHMENT I

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

WASHINGTON DC 20001

| | | |
|---|---|---|
| Postage | $ | 40.63 |
| Certified Fee | $2.40 | 0403 |
| Return Receipt Fee (Endorsement Required) | $1.85 | 01  Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $ $4.88 | 03/10/2006 |

Sent To: Clerk, U.S. Dist Ct DC - Civil Division
Street, Apt. No. or PO Box No. 333 Constitution Ave., N.W.
City, State, ZIP+4 Washington DC 20001

7005 2570 0000 1043 6301

---

FALMOUTH POSTAL STORE
FALMOUTH, Virginia
224066470
5176530403-0098
(800)275-8777

03/10/2006                    04:24:52 PM

Sales Receipt

| Product Description | Sale Qty | Unit Price | Final Price |
|---|---|---|---|
| WASHINGTON DC 20001 First-Class 1.20 oz. | | | $0.63 |
| Return Rcpt (Green Card) | | | $1.85 |
| Certified | | | $2.40 |
| Label #: 70052570000104366301 | | | |
| Issue PVI: | | | $4.88 |

Total:                           $4.88
Paid by:
Cash
Change Due:                      $5.00
                                -$0.12

Bill#: 1000202046248
Clerk: 01

— All sales final on stamps and postage. —
Refunds for guaranteed services only.
Thank you for your business.
Customer Copy

---

[Certified Mail Return Receipt - PS Form 3811, February 2004]

Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
Print your name and address on the reverse so that we can return the card to you.
Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Clerk, U.S. Dist. Ct. DC
Civil Division
333 Constitution Avenue, N.W.
Washington, DC 20001

2. Article Number: 7005 2570 0003 0436 6301

3. Service Type: ☒ Certified Mail
4. Restricted Delivery? ☐ Yes

A. Signature X [signature]
B. Received by (Printed Name) [name]  Date of Delivery 3/13/06
D. Is delivery address different from item 1? ☐ Yes  ☒ No

**ATTACHMENT J**



Home | Help

# Track & Confirm

**Search Results**

Label/Receipt Number: 7005 2570 0001 0436 6301
Status: Delivered

Your item was delivered at 4:29 pm on March 13, 2006 in WASHINGTON, DC 20001.

( Additional Details > )  ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.

**Notification Options**

Track & Confirm by email
Get current event information or updates for your item sent to you or others by email.  ( Go > )

POSTAL INSPECTORS    site map   contact us   government services   jobs   National & Premier Accounts
Preserving the Trust                   Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelInquiry.do

3/29/2006

**ATTACHMENT K**

March 31, 2006

TO: U.S. Civil Rights Commission

FROM: Philip Tinsley III

RE: Paul J. McNulty, U.S. Attorney-VA

Despite numerous faxes from February 2006 to the present, the U.S. Attorney for the Eastern District of Virginia, Paul J. McNulty, has allowed the Clerk/Deputy Clerk of the U.S. District Court for the Eastern District of Virginia's Richmond Division, 1000 East Main Street, to illegally block the "COMPLAINT" entitled "*TINSLEY v. MARY WASHINGTON HOSPITAL/MEDICORP HEALTH SYSTEM, Case No. 3:06CV ...*". This is a direct violation of my civil rights under the Vth Amendment, under 42 U.S.C.A. § 1981(a), and under Rule 5(e) of the *Federal Rules of Civil Procedure* (FRCP). Mrs. Hermione Bell Tinsley, my mother, met her *untimely* death (see Rule 25 FRCP) at the Mary Washington Hospital in Fredericksburg, VA and had her civil rights violated ... she was a seventy-one (71) year old black female with full health and medical care benefits under the U.S. Department of Defense (MEDIPLUS, TRICARE for life, and U.S. Army widowed dependent-30 years).

The Clerk/Deputy of the District Court for the District of Columbia observed and obeyed the U.S. Constitution, the United States Code, and the *Federal Rules of Civil Procedure* and *filed* "*TINSLEY v. GONZALES, Case No. 1:06CV00429*", as instructed (see all '*ATTACHMENTS ...*' in the "COMPLAINT") and returned the case to me via a postage paid envelope for service upon the defendant, the Hon. Alberto R. Gonzales.

Please send me the proper forms (148 Preston Circle, Fredericksburg VA 22406-5144), so that I can file a formal complaint against U.S. Attorney, Paul J. McNulty and the Clerk/Deputy Clerk of the U.S. District Court for the Eastern District of Virginia's Richmond Division. Also, please see to it that "*TINSLEY v. MARY WASHINGTON HOSPITAL/MEDICORP HEALTH SYSTEM, Case No. 3:06CV ...*" is *filed* and returned to me for service upon the defendant. Violators of civil rights that cause the victim's death must be brought to justice immediately ... .

Sincerely,

*[signature: Philip Tinsley, III]*

Philip Tinsley, III
Attorney-in-fact/Trustee for
Mrs. Hermione Bell Tinsley

**Sent by Facsimile**

---

**ATTACHMENT L**