UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Civil Action, File No. 1:06CV00429 RCL

TINSLEY

**Plaintiff,**

v.

GONZALES

**Defendant.**

## PROOF OF SERVICE

I, Philip Tinsley III, pro se plaintiff, mailed a "MOTION TO CORRECT CLERICAL ERROR UNDER THE FEDERAL RULES OF CIVIL PROCEDURE" and a "MOTION FOR JUDGMENT BY ENTRY OF DEFAULT" which were incorrectly stamped by the Clerk to the defendant, Alberto R. Gonzales, via USPS certified, return receipt mail on April 24, 2006.

Copies of the aforementioned "MOTION[s] ..." were mailed to the U.S. Attorney to complete service.

Dated this 24th day of April, 2006

By _/s/ Philip Tinsley III_
Philip Tinsley III, in Pro Se
148 Preston Circle
Fredericksburg, VA 22406
Tel. (540) 538-4675

Enclosures (4 pages)

**Sent via USPS Certified, Return Receipt Mail, Article No. 7005 2570 0001 0437 6560**

RECEIVED
APR 2 6 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Civil Action, File No. <u>1:06CV00429 RCL</u>

| | |
|---|---|
| TINSLEY ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **MOTION TO CORRECT CLERICAL ERROR** |
| ) | **UNDER THE FEDERAL RULES OF CIVIL** |
| ) | **PROCEDURE** |
| GONZALES ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

RECEIVED
APR 2 0 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Plaintiff, in pro se, moves this Court and the Hon. Royce C. Lamberth (RCL), U.S. District Court Judge assigned to this case, to correct an error made by the Clerk/Deputy Clerk of this Court under Rule 60 of the *Federal Rules of Civil Procedure* (FRCP), and in support of his motion elects to file a MEMORANDUM OF LAW:

I. On the 14th day of April of 2006, at 1:24 PM, the Clerk/Deputy Clerk received an order/demand to file this pro se plaintiff's "MOTION FOR JUDGMENT BY ENTRY OF DEFAULT" via USPS Express Mail (see *ATTACHMENTS A-C*). Also, included in the aforementioned USPS Express mailing was a paid means of returning two (2) filed/stamped originals via USPS Express Mail (see *ATTACHMENT D*).

II. The Clerk/Deputy Clerk did not return the second (2nd) USPS Express mailing until April 18, 2006 (see *ATTACHMENT E*), demonstrating and proving obstruction of justice (18 U.S.C.A. § 1505). Furthermore, the USPS Express mailing had two (2) original plaintiff's "MOTION[s] FOR JUDGMENT BY ENTRY OF DEFAULT"; however, there was no Clerk's/Court's stamp on the motions indicating that the

-1-

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Civil Action, File No. <u>1:06CV00429 RCL</u>

RECEIVED
APR 2 0 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| TINSLEY ) | |
| Plaintiff, ) | |
| v. ) | **MOTION FOR JUDGMENT BY ENTRY OF DEFAULT** |
| GONZALES ) | |
| Defendant. ) | |

Plaintiff, in pro se, moves this Court for judgment in his favor pursuant to Rules 4, 6(e), 7(a) & 55 of the *Federal Rules of Civil Procedure* (FRCP), and in support of his motion elects to file a MEMORANDUM OF LAW:

I. On the 9th day of March of 2006, at 9:50:35 AM (see *ATTACHMENT A*) this pro se plaintiff filed a "COMPLAINT" with the Clerk of the United States District Court for the District of Columbia against the Hon. Alberto R. Gonzales, the Attorney General of the United States (U.S.). Pursuant thereto, the Attorney General of the U.S.; the President of the United Nations General Assembly, H.E. Mr. Jan Eliasson; the President of the U.S.; and the U.S. Attorney were served with the "COMPLAINT" (stamped by the Clerk of the U.S. District Court for the District of Columbia), proper notice and waiver of summons forms, and a paid means of returning the waiver on the 10th day of March of 2006, at 4:09:09 PM (see *ATTACHMENTS B-G*).

II. Service was executed by the United States Postal System (USPS) via certified, return receipt mail, on the 10th day of March of 2006, at 4:09:09 PM, and received by the Hon. Alberto R. Gonzales on March 20, 2006, at 3:40 PM (see *ATTACHMENT H1*);

-1-

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

OFFICIAL USE
WASHINGTON DC 20500-0001

| | |
|---|---|
| Postage | $1.83 |
| Certified Fee | $2.40 |
| Return Receipt Fee (Endorsement Required) | $1.85 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $6.08 |

Postmark Here — APR 24 2006 — FALMOUTH BRANCH FRED., VA — USPS-22406 — 04/24/2006

7005 2570 0001 0437 6539

Sent To: President of the U.S.
Street, Apt. No.; or PO Box No.: 1600 Pennsylvania Ave. NW
City, State, ZIP+4: Washington, DC 20500

PS Form 3800, June 2002    See Reverse for Instructions



**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

OFFICIAL USE
NEW YORK NY 10017

| | |
|---|---|
| Postage | $1.83 |
| Certified Fee | $2.40 |
| Return Receipt Fee (Endorsement Required) | $1.85 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $6.08 |

Postmark Here — APR 24 2006 — FALMOUTH BRANCH FRED., VA — USPS-22406 — 04/24/2006

7005 2570 0001 0437 6522

Sent To: H.E. Mr. Jan Eliasson - Pres. UN Gen Ass.
Street, Apt. No.; or PO Box No.:
City, State, ZIP+4: New York, NY 10017

PS Form 3800, June 2002    See Reverse for Instructions



**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

OFFICIAL USE
WASHINGTON DC 20001-2733

| | |
|---|---|
| Postage | $1.83 |
| Certified Fee | $2.40 |
| Return Receipt Fee (Endorsement Required) | $1.85 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $6.08 |

Postmark Here — APR 24 2006 — FALMOUTH BRANCH FRED., VA — USPS-22406 — 04/24/2006

7005 2570 0001 0437 6553

Sent To: U.S. Attorney
Street, Apt. No.; or PO Box No.: 555 4th Street, NW
City, State, ZIP+4: Washington, DC 20001-2733

PS Form 3800, June 2002    See Reverse for Instructions



**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

OFFICIAL USE
WASHINGTON DC 20500-0001

| | |
|---|---|
| Postage | $1.83 |
| Certified Fee | $2.40 |
| Return Receipt Fee (Endorsement Required) | $1.85 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $6.08 |

Postmark Here — APR 24 2006 — FALMOUTH BRANCH FRED., VA — USPS-22406 — 04/24/2006

7005 2570 0001 0437 6546

Sent To: Hon. Alberto R. Gonzales, Atty Gen. U.S.
Street, Apt. No.; or PO Box No.: 950 Penn. Ave. NW - US Dpt Jus
City, State, ZIP+4: Washington, DC 20530-0001

PS Form 3800, June 2002    See Reverse for Instructions

```
      FALMOUTH POSTAL STORE
         FALMOUTH, Virginia
             224066470
           5176530403-0098
04/24/2006    (800)275-8777    09:22:32 AM
━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━
          ──── Sales Receipt ────
Product       Sale    Unit      Final
Description   Qty     Price     Price
──────────────────────────────────────────
WASHINGTON DC 20500-0001         $1.83
First-Class
  6.20 oz.
   Return Rcpt (Green Card)      $1.85
   Certified                     $2.40
   Label #:    70052570000104376539
   Customer Postage             -$4.88
   Subtotal:                     $1.20
                               ========
             Issue PVI:          $1.20

Total:                           $1.20

Paid by:
Cash                             $2.00
Change Due:                     -$0.80


Bill#:  1000202097217
Clerk:  13

— All sales final on stamps and postage. —
   Refunds for guaranteed services only.
      Thank you for your business.
              Customer Copy
```

```
      FALMOUTH POSTAL STORE
         FALMOUTH, Virginia
             224066470
           5176530403-0098
04/24/2006    (800)275-8777    09:21:11 AM
━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━
          ──── Sales Receipt ────
Product       Sale    Unit      Final
Description   Qty     Price     Price
──────────────────────────────────────────
NEW YORK NY 10017                $1.83
First-Class
  6.30 oz.
   Return Rcpt (Green Card)      $1.85
   Certified                     $2.40
   Label #:    70052570000104376522
   Customer Postage             -$4.77
   Subtotal:                     $1.31
                               ========
             Issue PVI:          $1.31

Total:                           $1.31

Paid by:
Cash                             $2.00
Change Due:                     -$0.69


Bill#:  1000202097209
Clerk:  13

— All sales final on stamps and postage. —
   Refunds for guaranteed services only.
      Thank you for your business.
              Customer Copy
```

```
      FALMOUTH POSTAL STORE
         FALMOUTH, Virginia
             224066470
           5176530403-0098
04/24/2006    (800)275-8777    09:24:52 AM
━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━
          ──── Sales Receipt ────
Product       Sale    Unit      Final
Description   Qty     Price     Price
──────────────────────────────────────────
WASHINGTON DC 20001-2733         $1.83
First-Class
  6.20 oz.
   Return Rcpt (Green Card)      $1.85
   Certified                     $2.40
   Label #:    70052570000104376553
   Customer Postage             -$5.12
   Subtotal:                     $0.96
                               ========
             Issue PVI:          $0.96

Total:                           $0.96

Paid by:
Cash                             $1.00
Change Due:                     -$0.04


Bill#:  1000202097233
Clerk:  13

— All sales final on stamps and postage. —
   Refunds for guaranteed services only.
      Thank you for your business.
              Customer Copy
```

```
      FALMOUTH POSTAL STORE
         FALMOUTH, Virginia
             224066470
           5176530403-0098
04/24/2006    (800)275-8777    09:23:47 AM
━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━
          ──── Sales Receipt ────
Product       Sale    Unit      Final
Description   Qty     Price     Price
──────────────────────────────────────────
WASHINGTON DC 20530-0001         $1.83
First-Class
  6.70 oz.
   Return Rcpt (Green Card)      $1.85
   Certified                     $2.40
   Label #:    70052570000104376546
   Customer Postage             -$5.00
   Subtotal:                     $1.08
                               ========
             Issue PVI:          $1.08

Total:                           $1.08

Paid by:
Cash                             $1.10
Change Due:                     -$0.02


Bill#:  1000202097225
Clerk:  13

— All sales final on stamps and postage. —
   Refunds for guaranteed services only.
      Thank you for your business.
```