**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| PHILIP TINSLEY III, )<br>148 Preston Circle )<br>Fredericksburg, VA 22406-5144. )<br>)<br>    Plaintiff, )<br>)<br>    v. )<br>)<br>HON. ALBERTO R. GONZALES, )<br>  Attorney General of the United States, )<br>U.S. Department of Justice )<br>Washington, D.C. 20530 )<br>)<br>    Defendant. )<br>_____ ) | Civil Action No. 06-0429 (RCL) |

**ENTRY OF APPEARANCE**

    Please enter the appearance of Assistant United States Attorney Darrell C. Valdez as government counsel in this action.

                                           Respectfully submitted,

                                            /s/ Darrell C. Valdez
                                         DARRELL VALDEZ, D.C. Bar #420232
                                         Assistant United States Attorney
                                         Judiciary Center Building, Civil Division
                                         555 Fourth Street, N.W.
                                         Washington, D.C.  20530
                                         (202) 307-2843

**CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of May, 2006, a copy of the foregoing Entry of Appearance was mailed, postage prepaid, to Plaintiff, Philip Tinsley, 148 Preston Circle, Fredericksburg, VA 22406-5144.

    /s/ Darrell C. Valdez
DARRELL C. VALDEZ
Assistant United States Attorney