April 17, 2006

TO: U.S. Secretary of State & U.S. Attorney

FROM: Philip Tinsley III

RE: Obstruction of Justice, 1st Count

Please charge the U.S. District Court for the District of Columbia/Clerk with one count of obstruction of justice (18 U.S.C.A. § 1505) and use the enclosed evidence as an affidavit for the charge. The "MOTION FOR JUDGMENT BY ENTRY OF DEFAULT" in *Tinsley v. Gonzales, Case No. 1:06CV00429*, U.S. Dist. Ct. Dist. DC, should have been returned to me on Saturday, April 15, 2006 for service.

Since Alberto R. Gonzales is no longer the Attorney General of the U.S., you must take over his duties pending the appointment of a new Attorney General of the United States ... .

Sincerely,

*Philip Tinsley, III*

Philip Tinsley, III
**Pro Se Plaintiff &
Victor**

Enclosures (6 pages)

cc: President of the United Nations
   General Assembly
   Embassy of New Zealand
   Embassy of Sweden
   NAACP

**Sent by Facsimile**

06-0429

