April 18, 2006

TO: U.S. Secretary of State & U.S. Attorney

FROM: Philip Tinsley III

RE: OBSTRUCTION OF JUSTICE

Please immediately have the Clerk/Deputy Clerk arrested/summarily dismissed for obstruction of justice (18 U.S.C.A. § 1505) and *accessory-after-the-fact* (234 *Atlantic Reporter*, 2nd series, 284 & 285 and 378 *Federal Supplement*, 2nd series, 540 & 542) to mail fraud (18 U.S.C.A. § 1341) and use the enclosed documents and facts as an affidavit for the arrest/dismissal of the Clerk/Deputy Clerk:

1. The Clerk was ordered to file my "MOTION FOR JUDGMENT BY ENTRY OF DEFAULT" in *Tinsley v. Gonzales*, *1:06CV00429*, U.S. Dist. Ct. Dist. DC, according to Rule 5(e) FRCP, Vth Amendment, 42 U.S.C.A. § 1981(a) & (c), and being a voting eligible citizen; and

2. The Clerk did not file a denial "ORDER" under Rules 4, 55, 77, or 79 FRCP. Even so, my "MOTION ..." had to be filed according to Rule 5(e) FRCP as prescribed by 28 U.S.C.A. § 2072-74 and the U.S. Supreme Court.

A "MOTION TO CORRECT CLERICAL ERROR" under Rule 60 FRCP will be filed on Thursday, April 20th along with my "MOTION FOR JUDGMENT BY ENTRY OF DEFAULT" via USPS Express Mail (Tracking No. EQ 336614539 US) and returned via USPS Express Mail (Tracking No. EQ 336614542 US), on the same date, USPS website "Track & Confirm". The U.S. Secretary of State/U.S. Attorney will have an individual present who is under oath (see 5 U.S.C.A. § 3331) to oversee the filing of both "MOTION[s] ..." and the prompt, proper, and secure return of the "MOTION[s] FOR JUDGMENT BY ENTRY OF DEFAULT" or be guilty of *accessory-after-the-fact* to obstruction of justice.

Sincerely,

*Philip Tinsley, III*
Philip Tinsley, III
**Pro Se Plaintiff &**
**Victor**

Enclosures (2 pages)



GOVERNMENT EXHIBIT 3

Enclosures

cc: H.E. Mr. Jan Eliasson, President
    of the United Nations General
    Assembly
    U.S. Civil Rights Commission

-2-