Sunday, April 23, 2006

TO: The People of this World

FROM: Philip Tinsley III

RE: TREASON

Please be advised that the USPS effected a Sunday, special delivery of papers from the U.S. District Court for the District of Columbia, 333 Constitution Avenue, NW, Washington, DC 20001 ... .

Once again the Clerk/Deputy Clerk of the Court has illegally refused to place a "FILED" stamp on my "MOTION FOR JUDGMENT BY ENTRY OF DEFAULT" in *Tinsley v. Gonzales, Case No. 1:06CV00429*. The "MOTION TO CORRECT CLERICAL ERROR ..." also did not get a "FILED" stamp. This is the second (2nd) instance of the Clerk/Deputy Clerk's purposeful and willful disobedience of the Vth Amendment, 5 U.S.C.A. § 3331, 28 U.S.C.A. § 2072-74, 42 U.S.C.A. § 1981(a) & ( c), and of Rule 5(e) FRCP ... the Clerk, Nancy Mayer Whittington, or Deputy Clerk is hereby charged with obstruction of justice (18 U.S.C.A. § 1505) and with *treason*, Article III Section 3 Clause 1, U.S. Const. and 18 U.S.C.A. § 2381 and should be executed ... .

The acting U.S. Secretary of State and U.S. Attorney failed to effect the functions of their offices and impeachment/dismissal should be considered.

The serving will proceed as if a "FILED" stamp had been properly placed on my papers/pleadings, since fifty-seven dollars and sixty cents ($57.60) have already been wasted.

Sincerely,

Philip Tinsley, III
**Pro Se Plaintiff & Victor,**
**PFC USAR, Honorably**
**Discharged, November 22,**
**1994**

cc: President of the UN General Assembly

**Sent by Facsimile**



cc: President of the United Nations
    General Assembly
    Embassy of Sweden
    U.S. Civil Rights Commission
    NAACP

**Sent by Facsimile**