Docket as of July 15, 2005 1:12 am                    Web PACER (v2.4)

---

# U.S. District Court

## Western District of Texas (San Antonio)

### CIVIL DOCKET FOR CASE #: 02-CV-930

### Tinsley v. USAA, et al

Filed: 09/20/02
Assigned to: Honorable Fred Biery
Jury demand: Plaintiff
Demand: $1,012,000
Nature of Suit: 370
Lead Docket: None
Jurisdiction: Federal Question
Dkt# in other court: None
Cause: 42:1981 Civil Rights

---

PHILIP TINSLEY, III, On Behalf           Philip Tinsley, III
of Philip Tinsley, Jr., (Col.            [COR LD NTC] [PRO SE]
Ret.)                                    4221 Dandridge Terrace
    plaintiff                     Alexandria, VA 22309-2806
                                         (703) 360-6738

  v.

USAA PROPERTY & CASUALTY                 Barry A. McClenahan
INSURANCE GROUP                          210/785-2979
    defendant                    [COR LD NTC]
                                         Ball & Weed, P.C.
                                         745 E. Mulberry
                                         Suite 500
                                         San Antonio, TX 78212
                                         (210) 731-6379

☐

---

## DOCKET    PROCEEDINGS

---

http://pacer.txwd.uscourts.gov/dc/cgi-bin/pacer740.pl


GOVERNMENT EXHIBIT 9

| DATE | # | DOCKET ENTRY |
|---|---|---|
| 9/20/02 | -- | Case assigned to Honorable Fred Biery (wg) [Entry date 09/20/02] |
| 9/20/02 | 1 | Complaint filed.  Filing Fee: $ 150.00  Receipt # 178776 (Pages: 17) (wg) [Entry date 09/20/02] [Edit date 10/08/02] |
| 9/20/02 | 1 | Demand for jury trial by Philip Tinsley III (wg) [Entry date 09/20/02] |
| 9/20/02 | -- | Summons issued for USAA Property & Casualty Insurance Group of USAA with Summons, Signed & Sealed for issuance & Service Instructions. (wg) [Entry date 09/23/02] |
| 9/24/02 | 2 | Order referring case to a US Magistrate Judge for pretrial proceedings. (lp) [Entry date 09/25/02] |
| 9/24/02 | -- | Case referred to Honorable Nancy S. Nowak (ep) [Entry date 09/25/02] |
| 9/30/02 | 3 | Notice of filing affidavit of service by Philip Tinsley III (lp) [Entry date 10/01/02] |
| 10/2/02 | 4 | Order that the plaintiff shall submit a proposed scheduling order to the Court within sixty (60) days after the appearance of any defendant (lp) [Entry date 10/03/02] |
| 10/2/02 | 5 | Motion by Philip Tinsley III to disqualify (lp) [Entry date 10/03/02] |
| 10/9/02 | 6 | Report and recommendation of Judge Nowak - the complaint be dismissed without prejudice and the motion to disqualify [5-1] be dismissed as moot. (Mailed on 10/10/02 by certified mail or faxed if authorization is on file) (rg) [Entry date 10/10/02] |
| 10/9/02 | 7 | ORDEREd that the above-entitled and numbered cause be, and it hereby is, RETURNED to the district court for all purposes. (rg) [Entry date 10/10/02] |
| 10/9/02 | -- | CASE NO LONGER REFERRED TO Honorable Nancy S. Nowak (rg) [Entry date 10/10/02] |
| 10/10/02 | 8 | Letter/Correspondence submitted by Philip Tinsley III regarding: "illegal order" (kcl) [Entry date 10/11/02] |
| 10/18/02 | 9 | Motion by USAA Property to dismiss (lp) [Entry date 10/22/02] |
| 10/22/02 | -- | Acknowledgment receipt of Philip Tinsley III magistrate report and recommendations by certified mail on 10/16/02 (lp) [Entry date 10/22/02] |

| Date | # | Entry |
|---|---|---|
| 10/29/02 | 11 | Certificate of service by Philip Tinsley III of Notice of motion to sanction and motion to sanction served on attorney Ryan G. Anderson by certified mail on 10/26/02. (rgl) [Entry date 10/30/02] |
| 11/5/02 | 12 | Motion by Philip Tinsley III for judgment (lp) [Entry date 11/07/02] |
| 11/13/02 | 13 | Order accepting report and recommendation of the United States Magistrate Judge such that the above numbered cause is DISMISSED WITHOUT PREJUDICE. Pending motions, including the motion to disqualify are DISMISSED AS MOOT. Further Ordered that the District Clerk is DIRECTED to refuse to accept from plaintiff or anyone on his behalf any submissions for filing except for petitions for leave of court unless such filings are accompanied by a court order granting leave, and any papers presented without leave be immediately and summarily stricken, all consistent with the Order of July 17, 2002 in Tinsely v Fleetboston Financial Corp. (lp) [Entry date 11/13/02] |
| 11/13/02 | 14 | Judgment: ORDERED, ADJUDGED AND DECREED that the Report and Recommendation of the United States Magistrate Judge is ACCEPTED and the above cause is DISMISSED WITHOUT PREJUDICE. Pending motions are DISMISSED AS MOOT. Further ORDERED that the District Clerk is DIRECTED to refuse to accept any submissions for filing except for petitions for leave of court. (Pages: 18) (lp) [Entry date 11/13/02] |
| 11/13/02 | -- | Case closed (lp) [Entry date 11/13/02] |
| 1/7/03 | 15 | Advisory and Order following letter correspondence from plaintiff to Honorable James R. Nowlin: denying motion for judgment [12-1] signed by Honorable Fred Biery (kc1) [Entry date 01/08/03] |
| 10/14/03 | 16 | Motion by Philip Tinsley III for writ of mandamus (lp) [Entry date 10/15/03] |
| 10/16/03 | 17 | Order striking motion for writ of mandamus [16-1] signed by Honorable Fred Biery (kc1) [Entry date 10/17/03] |
| 10/16/03 | -- | ATTENTION: CLERK IS DIRECTED TO REFUSE ANY PLEADINGS SUBMITTED BY MR. TINSLEY PURSUANT TO ORDER ENTERED 7/17/02 (DOC. 13) AND REITERATED IN ORDER ENTERED 10/16/03 (DOC. 17) (kc1) [Entry date 10/17/03] |
| 7/13/05 | -- | Received Dealth Certificate for Philip Tinsley, Jr. (tm) [Entry date 07/14/05] |

Case Flags:
CLOSED
ATTN