BROWN, TERMED

# United States District Court
## Northern District of Illinois - CM/ECF LIVE, Ver 2.5 (Chicago)
### CIVIL DOCKET FOR CASE #: 1:03-cv-02618

Tinsley v. Amer Bar Assn
Assigned to: Hon. Suzanne B. Conlon
Demand: $30,000
Cause: 42:1981 Civil Rights

Date Filed: 04/17/2003
Jury Demand: Plaintiff
Nature of Suit: 370 Personal Prop.: Fraud or Truth-In-Lending
Jurisdiction: Federal Question

**Plaintiff**

**Philip Tinsley, III**    represented by **Philip Tinsley, III**
4221 Dandridge Terrace
Alexandria, VA 22309-2806
(703)360-6738
PRO SE

V.

**Defendant**

**American Bar Association**

| Date Filed | # | Docket Text |
| --- | --- | --- |
| 04/16/2003 | 2 | LETTER from plaintiff to Judge Kocoras dated 4/15/03 regarding his complaint (las) (Entered: 04/21/2003) |
| 04/17/2003 | 1 | COMPLAINT; jury demand - Civil cover sheet - Pro se Appearance(s) of Philip Tinsley III (Attachments) ( No summons(es) issued.) ( Documents: 1-1 through 1-3) (las) (Entered: 04/21/2003) |
| 04/17/2003 |  | RECEIPT regarding payment of filing fee paid; on 4/17/03 in the amount of $ 150.00, receipt # 10414051. (las) (Entered: 04/21/2003) |
| 05/05/2003 |  | SCHEDULE set on 5/5/03 by Hon. Suzanne B. Conlon : Status hearing set on 5/20/03 at 9:00 am. At the status hearing, the parties are to report on the following: 1. Possibility of settlement in the case; 2. If no possibility of settlement exists, the nature and length of discovery necessary to get the case ready for trial. Plaintiff is directed to advise all other parties of the court's action herein and to forward a copy of the court's procedure guidelines to defendant(s). Mailed notice (cgb) (Entered: 05/05/2003) |
| 05/07/2003 | 3 | AFFIDAVIT of service by Philip Tinsley III. (gcy) (Entered: 05/08/2003) |
| 05/12/2003 | 4 | MOTION by plaintiff to disqualify U.S. District Court Judge Suzanne B. Conlon (Attachments). (gcy) (Entered: 05/13/2003) |

GOVERNMENT EXHIBIT 10

| 05/15/2003 | 5 | MINUTE ORDER of 5/15/03 by Hon. Suzanne B. Conlon : On the court's own motion, this case is dismissed without prejudice for failure to state a claim. Plaintiff invokes two criminal statutes [18 U.S.C. 1341,1344] as basis for "willful negligence" by defendant. Only the United States Attorney has jurisdiction to prosecute violations of federal criminal laws. The status hearing set on 05/20/03 is vacated. terminating case. Mailed notice by judge's staff (gcy) (Entered: 05/16/2003) |
|---|---|---|
| 05/15/2003 | 6 | ENTERED JUDGMENT (gcy) (Entered: 05/16/2003) |
| 06/09/2003 | 7 | MINUTE ORDER of 6/9/03 by Hon. Suzanne B. Conlon : Plaintiff's motion for judgment is stricken for failure to properly bind the document at the top, in accordance with the local federal rules, and for failure to provide a certificate of service specifying the document served. The court further notes that the motion for judgment is moot. See order of 05/15/03 dismissing this case without prejudice. Mailed notice (gcy) (Entered: 06/10/2003) |
| 06/10/2003 | 8 | AFFIDAVIT of service by Philip Tinsley III. (gcy) (Entered: 06/11/2003) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 04/03/2006 10:50:42 | | | |
| PACER Login: | us3474 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 1:03-cv-02618 |
| Billable Pages: | 1 | Cost: | 0.08 |

Minute Order Form (06/97)    Case 1:03-cv-02618   Document 5   Filed 05/15/2003   Page 1 of 1

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 03 C 2618 | **DATE** | 5/15/2003 |
| **CASE TITLE** | TINSLEY vs. AMERICAN BAR ASSOCIATION | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]

(2) ☐ Brief in support of motion due _____.

(3) ☐ Answer brief to motion due _____. Reply to answer brief due _____.

(4) ☐ Ruling/Hearing on _____ set for _____ at _____.

(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(7) ☐ Trial[set for/re-set for] on _____ at _____.

(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.

(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
    ☐ FRCP4(m)   ☐ Local Rule 41.1   ☐ FRCP41(a)(1)   ☐ FRCP41(a)(2).

(10) ■ [Other docket entry] On the court's own motion, this case is dismissed without prejudice for failure to state a claim. Plaintiff invokes two criminal statutes [18 U.S.C. §§ 1341, 1344] as a basis for "willful negligence" by defendant. Only the United States Attorney has jurisdiction to prosecute violations of federal criminal laws. The status hearing set on May 20, 2003 is vacated.

*Suzanne B. Conlon*

(11) ☐ [For further detail see order (on reverse side of/attached to) the original minute order.]

| | No notices required, advised in open court. | | |
|---|---|---|---|
| | No notices required. | | number of notices |
| ✓ | Notices mailed by judge's staff. | | |
| | Notified counsel by telephone. | | date docketed |
| | Docketing to mail notices. | | |
| | Mail AO 450 form. | | docketing deputy initials |
| | Copy to judge/magistrate judge. | | 5/15/2003 date mailed notice |
| CB courtroom deputy's initials | | Date/time received in central Clerk's Office | PW mailing deputy initials |

Document Number: 5