UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PHILIP TINSLEY III, | ) |
|       Plaintiff, | ) |
| v. | ) Civil Action No. 06-0429 (RCL) |
| HON. ALBERTO R. GONZALES,<br>  Attorney General of the United States, | ) |
|       Defendant. | ) |

**DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION
FOR JUDGMENT BY ENTRY OF DEFAULT**

Defendant, the Honorable Alberto R. Gonzales, Attorney General for the United States, by and through counsel, the United States Attorney for the District of Columbia, respectfully opposes Plaintiff's Motion for Judgment by Entry of Default (Dkt. No. 4). In his Motion, Plaintiff claims that the Attorney General failed to timely Answer or otherwise respond to the Complaint in this matter. Because the Plaintiff's Motion, like the claims in his Complaint, is without factual support and inaccurately sets forth the legal obligations of the Attorney General, his Motion is without merit. The Defendant submits the following points and authorities in opposition to Plaintiff's motion:

Plaintiff, Philip Tinsley, III, filed his Complaint in this Court, *pro se*, on March 8, 2006, alleging that the Attorney General committed "mail fraud" by failing to respond to Plaintiff's letters demanding that the Attorney General arrest various personnel with the United States District Court for the Eastern District of Virginia, and further that the Attorney General failed to enforce alleged "mandamus" orders from other Courts in which Plaintiff was allegedly awarded monies. The Attorney General received a copy of the Complaint on March 15, 2006. However,

a copy of the summons was not attached to the Complaint. According to Fed. R. Civ. P. 4 (i)(1)(A), service is perfected only by delivering a copy of the **Summons and Complaint** to the United States Attorney for the District of Columbia – in the district where the action is brought. Pursuant to Rule 12(a), "the United States . . . or an officer or employee of the United States sued in an official capacity, shall serve an answer to the complaint . . . within 60 days after the United States attorney is served...." Fed. R. Civ. P. 12(a)(3)(A). Thus, Plaintiff did not effect proper service upon the Attorney General.

Even if the Court deems that Plaintiff had complied with the Federal Rules regarding service of process, a response to the Complaint would have been due on May 14, 2006, which was a Sunday. Thus, pursuant to Rule 6, the date upon which the Attorney General's response was due would have been the following Monday, May 15, 2006. Fed. R. Civ. P. 6(a). On Monday, May 15, 2006, counsel to the Attorney General entered his appearance, and the Attorney General responded to the Plaintiff's Complaint by filing a Motion to Dismiss. See Docket, 06cv429. A copy of the Federal Defendants' Motion to Dismiss was sent by first-class mail to Plaintiff on the same date. Accordingly, the Federal Defendants' Motion to Dismiss was timely filed, and a default judgment is not appropriate in this case.

Additionally, Plaintiff's Motion should be denied, as this Court is without jurisdiction to entertain his claim and further Plaintiff's Complaint failed to set forth any claim upon which relief can be granted. See Defendant's Motion to Dismiss, filed May 15, 2006.[1]

---

[1] See Simmons v. U.S. Parole Commission, 590 F.Supp. 1221, 1222 (D.D.C. 1984) (Before a default judgment can be entered against the United States government, or an officer or agency thereof, plaintiff must "establish his claim or right to relief by evidence satisfactory to the court."); Fed. R. Civ. P. 55 (e). See also, Conley v. Gibson, 355 U.S. 41, 45-46 (1957) (standard for dismissal) and Anderson v. Liberty Lobby, Inc., 477 U.S. 242, 247-48 (1986) (standards for summary judgment).

## **CONCLUSION**

WHEREFORE, for all of the foregoing reasons, Plaintiff's Motion for Judgment by Entry of Default it without legal or factual basis, and should be denied.

                  Respectfully submitted,

                  /s/ Kenneth L. Wainstein
                  KENNETH L. WAINSTEIN, D.C. BAR # 451058
                  United States Attorney

                  /s/ Rudolph Contreras
                  RUDOLPH CONTRERAS, D.C. BAR # 434122
                  Assistant United States Attorney

                  /s/ Darrell C. Valdez
                  DARRELL C. VALDEZ, D.C. BAR # 420232
                  Assistant United States Attorney
                  Judiciary Center Building
                  555 4th St., N.W., Civil Division
                  Washington, D.C. 20530
                  (202) 307-2843

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on May 15, 2006, the foregoing Defendant's Opposition to Plaintiff's Motion for Judgment by Entry of Default and proposed order were sent, by first-class mail, postage pre-paid, to the Plaintiff, Philip Tinsley, 148 Preston Circle, Fredericksburg, VA 22406-5144.


                /s/ Darrell C. Valdez
              DARRELL C. VALDEZ
              Assistant United States Attorney