UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PHILIP TINSLEY III, )<br>)<br>    Plaintiff, )<br>)<br>    v. )<br>)<br>HON. ALBERTO R. GONZALES, )<br>  Attorney General of the United States, )<br>)<br>    Defendant. )<br>_____) | Civil Action No. 06-0429 (RCL) |

**ORDER**

UPON CONSIDERATION of Plaintiff's Motion for Judgment by Entry of Default, the Defendant's Opposition thereto, and the Court having found that the United States Attorney General timely responded to the Complaint, and the Court having further found that this Court is without jurisdiction to entertain Plaintiff's claim and that Plaintiff's Complaint failed to set forth any claim upon which relief can be granted, it is this _____ day of _____, 2006, hereby

ORDERED, that the Motion for Judgment by Entry of Default is denied.

_____
ROYCE C. LAMBERTH
UNITED STATES DISTRICT JUDGE