UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Civil Action, File No. 1:06CV00429 RCL

| | |
|---|---|
| TINSLEY ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **MOTION FOR WRIT OF MANDAMUS TO COMPEL** |
| ) | **CLERK TO OBEY THE FEDERAL RULES OF** |
| ) | **CIVIL PROCEDURE** |
| GONZALES ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Plaintiff, in pro se, demands that the acting Clerk of this Court obeys and executes Rule 55 of the *Federal Rules of Civil Procedure* (FRCP), and in support of his motion/writ of mandamus (see 28 U.S.C.A. § 1361) elects to file a MEMORANDUM OF LAW:

I. I am a voting eligible citizen of these United States of America and have all rights and privileges under the U.S. Constitution and United States Code (see Preamble, Vth Amendment, and 42 U.S.C.A. § 1981). This Court has full responsibility to the U.S. Constitution and the United States Code (see Article III and 28 U.S.C.A. §§ 1331 & 1332).

II. Jurisdiction of this Court was established in the "COMPLAINT", filed on March 9, 2006, at 9:50:35 AM (see *ATTACHMENT A*).

III. Criteria for *mandamus* has been proven (see 9 *Federal Supplement* 422 & 423)

   A. There is no judicial "ORDER" or ruling in this civil action from the Hon. Royce C. Lamberth (RCL) to file an appeal in the U.S. Court of Appeals.

-1-

RECEIVED

MAY 3 1 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

B. A "MOTION FOR JUDGMENT BY ENTRY OF DEFAULT" and "MOTION TO CORRECT CLERICAL ERROR" were filed on April 20, 2006 (see *ATTACHMENTS A & B*), and the Clerk has had more than twenty-one (21) plus three (3) days to make the award (see Rules 4, 12, & 6(e) FRCP).

C. All other judicial remedies have been exhausted (see Rule 55 FRCP).

D. Money was requested in the initial "COMPLAINT" and money was demanded in the "MOTION FOR JUDGMENT BY ENTRY OF DEFAULT".

IV. Since the defendant, Alberto R. Gonzales, has defaulted according to the *Federal Rules of Civil Procedure* (see Rules 7(a), 5(e) & 55 FRCP), has been given "... due process of law" under the Vth Amendment (see *ATTACHMENTS C1-C4*), has not filed an answer (see *ATTACHMENTS D1-D10*), and has not rendered the monies demanded in the "MOTION FOR JUDGMENT BY ENTRY OF DEFAULT", the Clerk has a constitutional responsibility to make/render the award to the pro se plaintiff (see Vth Amendment, 42 U.S.C.A. § 1981, and 5 U.S.C.A. §§ 3331 & 3333).

V. The reason for granting this motion/writ of mandamus is the failure of the Clerk/Court to make the award demanded in the "MOTION FOR JUDGMENT BY ENTRY OF DEFAULT", $80,000. This pro se plaintiff once again demands his awards/monies (see also *Tinsley v. Rehnquist*, Case No. 1:01CV01733; *Tinsley v. Hastert*, Case No. 1:02CV02342; and *Tinsley v. Mueller*, Case No. 1:03CV00059; and *Tinsley v. Ginsburg*, Case No. 1:03CV01538/39, U.S. Dist. Ct. Dist. DC).

## CONCLUSION

The academic, legal, and moral inferiority of *Mr*. Alberto R. Gonzales has been proven ... .

Plaintiff requests a date in Court so that he can present evidence.

Dated this 27th day of May, 2006

By _____
Philip Tinsley III, in Pro Se
148 Preston Circle
Fredericksburg, VA 22406
Tel. (540) 538-4675

cc: (via certified, return receipt mail, Article Nos. 7005 2570 0001 0437 6577, 7005 2570 0001 0437 6584, 7005 2570 0001 0437 6591 & 7005 2570 0001 0437 6607, respectively)

President of the United Nations
 General Assembly
New York, NY 10017

President of the U.S.
1600 Pennsylvania Ave., NW
Washington, DC 20500

Attorney General of the U.S.
U.S. Department of Justice
950 Pennsylvania Ave., NW, Rm. 4400
Washington, DC 20530-0001

U.S. Attorney
555 4th Street, NW
Washington, DC 20001-2733

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Civil Action, File No. 1:06CV00429 RCL

RECEIVED

APR 20 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

TINSLEY

    Plaintiff,

v.

GONZALES

    Defendant.

**MOTION FOR JUDGMENT BY ENTRY OF DEFAULT**

Plaintiff, in pro se, moves this Court for judgment in his favor pursuant to Rules 4, 6(e), 7(a) & 55 of the *Federal Rules of Civil Procedure* (FRCP), and in support of his motion elects to file a MEMORANDUM OF LAW:

I. On the 9th day of March of 2006, at 9:50:35 AM (see *ATTACHMENT A*) this pro se plaintiff filed a "COMPLAINT" with the Clerk of the United States District Court for the District of Columbia against the Hon. Alberto R. Gonzales, the Attorney General of the United States (U.S.). Pursuant thereto, the Attorney General of the U.S.; the President of the United Nations General Assembly, H.E. Mr. Jan Eliasson; the President of the U.S.; and the U.S. Attorney were served with the "COMPLAINT" (stamped by the Clerk of the U.S. District Court for the District of Columbia), proper notice and waiver of summons forms, and a paid means of returning the waiver on the 10th day of March of 2006, at 4:09:09 PM (see *ATTACHMENTS B-G*).

II. Service was executed by the United States Postal System (USPS) via certified, return receipt mail, on the 10th day of March of 2006, at 4:09:09 PM, and received by the Hon. Alberto R. Gonzales on March 20, 2006, at 3:40 PM (see *ATTACHMENT H1*);

-1-

**ATTACHMENT A**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Civil Action, File No. 1:06CV00429 RCL

RECEIVED

APR 20 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

TINSLEY )
    Plaintiff, )
)
    v. )   MOTION TO CORRECT CLERICAL ERROR
)   UNDER THE FEDERAL RULES OF CIVIL
)   PROCEDURE
GONZALES )
)
    Defendant. )

Plaintiff, in pro se, moves this Court and the Hon. Royce C. Lamberth (RCL), U.S. District Court Judge assigned to this case, to correct an error made by the Clerk/Deputy Clerk of this Court under Rule 60 of the *Federal Rules of Civil Procedure* (FRCP), and in support of his motion elects to file a MEMORANDUM OF LAW:-

I.  On the 14th day of April of 2006, at 1:24 PM, the Clerk/Deputy Clerk received an order/demand to file this pro se plaintiff's "MOTION FOR JUDGMENT BY ENTRY OF DEFAULT" via USPS Express Mail (see *ATTACHMENTS A-C*). Also, included in the aforementioned USPS Express mailing was a paid means of returning two (2) filed/stamped originals via USPS Express Mail (see *ATTACHMENT D*).

II. The Clerk/Deputy Clerk did not return the second (2nd) USPS Express mailing until April 18, 2006 (see *ATTACHMENT E*), demonstrating and proving obstruction of justice (18 U.S.C.A. § 1505). Furthermore, the USPS Express mailing had two (2) original plaintiff's "MOTION[s] FOR JUDGMENT BY ENTRY OF DEFAULT"; however, there was no Clerk's/Court's stamp on the motions indicating that the

-1-

ATTACHMENT B

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Civil Action, File No. 1:06CV00429 RCL

TINSLEY

    Plaintiff,

        v.

GONZALES

    Defendant.

## PROOF OF SERVICE

I, Philip Tinsley III, pro se plaintiff, mailed a "MOTION TO CORRECT CLERICAL ERROR UNDER THE FEDERAL RULES OF CIVIL PROCEDURE" and a "MOTION FOR JUDGMENT BY ENTRY OF DEFAULT" which were incorrectly stamped by the Clerk to the defendant, Alberto R. Gonzales, via USPS certified, return receipt mail on April 24, 2006.

Copies of the aforementioned "MOTION[s] ..." were mailed to the U.S. Attorney to complete service.

Dated this 24th day of April, 2006

By _____
Philip Tinsley III, in Pro Se
148 Preston Circle
Fredericksburg, VA 22406
Tel. (540) 538-4675

Enclosures (4 pages)

Sent via USPS Certified, Return
Receipt Mail, Article No. 7005
2570 0001 0437 6560

ATTACHMENT C1

**Receipt 1 (top left):** 7005 2570 0001 0437 6522
- NEW YORK NY 10017
- Postage: $1.83
- Certified Fee: $2.40
- Return Receipt Fee: $1.85
- Restricted Delivery Fee: $0.00
- Total Postage & Fees: $6.08
- Postmark: 04/24/2006
- Sent To: H.E. Mr. Jan Eliasson, Pres. UN Gen As.
- New York, NY 10017

**Receipt 2 (top right):** 7005 2570 0001 0437 6539
- WASHINGTON DC 20500-0001
- Postage: $1.83
- Certified Fee: $2.40
- Return Receipt Fee: $1.85
- Restricted Delivery Fee: $0.00
- Total Postage & Fees: $6.08
- Postmark: 04/24/2006
- Sent To: President of the U.S.
- 1600 Pennsylvania Ave., NW
- Washington, DC 20500

**Receipt 3 (bottom left):** 7005 2570 0001 0437 6546
- WASHINGTON DC 20530-0001
- Postage: $1.83
- Certified Fee: $2.40
- Return Receipt Fee: $1.85
- Restricted Delivery Fee: $0.00
- Total Postage & Fees: $6.08
- Postmark: 04/24/2006
- Sent To: Hon. Alberto R. Gonzales, Atty Gen. U.S.
- 950 Penn. Ave NW - US Dpt Jus
- Washington, DC 20530-0001

**Receipt 4 (bottom right):** 7005 2570 0001 0437 6553
- WASHINGTON DC 20001-2733
- Postage: $1.83
- Certified Fee: $2.40
- Return Receipt Fee: $1.85
- Restricted Delivery Fee: $0.00
- Total Postage & Fees: $6.08
- Postmark: 04/24/2006
- Sent To: U.S. Attorney
- 555 4th Street, NW
- Washington, DC 20001-2733

**ATTACHMENT C2**

```
         FALMOUTH POSTAL STORE
           FALMOUTH, Virginia
               224066470
             5176530403-0098
04/24/2006    (800)275-8777    09:22:32 AM

             Sales Receipt
Product       Sale    Unit         Final
Description   Qty     Price        Price

WASHINGTON DC 20500-0001          $1.83
First-Class
  6.20 oz.
  Return Rcpt (Green Card)        $1.85
  Certified                       $2.40
  Label #:    70052570000104376539
Customer Postage                 -$4.88
  Subtotal:                       $1.20

         Issue PVI:                $1.20

Total:                             $1.20

Paid by:
Cash                              $2.00
Change Due:                      -$0.80

Bill#: 1000202097217
Clerk: 13

— All sales final on stamps and postage. —
  Refunds for guaranteed services only.
       Thank you for your business.
              Customer Copy
```

```
         FALMOUTH POSTAL STORE
           FALMOUTH, Virginia
               224066470
             5176530403-0098
04/24/2006    (800)275-8777    09:21:11 AM

             Sales Receipt
Product       Sale    Unit         Final
Description   Qty     Price        Price

NEW YORK NY 10017                 $1.83
First-Class
  6.30 oz.
  Return Rcpt (Green Card)        $1.85
  Certified                       $2.40
  Label #:    70052570000104376522
Customer Postage                 -$4.77
  Subtotal:                       $1.31

         Issue PVI:                $1.31

Total:                             $1.31

Paid by:
Cash                              $2.00
Change Due:                      -$0.69

Bill#: 1000202097209
Clerk: 13

— All sales final on stamps and postage. —
  Refunds for guaranteed services only.
       Thank you for your business.
              Customer Copy
```

```
         FALMOUTH POSTAL STORE
           FALMOUTH, Virginia
               224066470
             5176530403-0098
04/24/2006    (800)275-8777    09:24:52 AM

             Sales Receipt
Product       Sale    Unit         Final
Description   Qty     Price        Price

WASHINGTON DC 20001-2733          $1.83
First-Class
  6.20 oz.
  Return Rcpt (Green Card)        $1.85
  Certified                       $2.40
  Label #:    70052570000104376553
Customer Postage                 -$5.12
  Subtotal:                       $0.96

         Issue PVI:                $0.96

Total:                             $0.96

Paid by:
Cash                              $1.00
Change Due:                      -$0.04

Bill#: 1000202097233
Clerk: 13

— All sales final on stamps and postage. —
  Refunds for guaranteed services only.
       Thank you for your business.
              Customer Copy
```

```
         FALMOUTH POSTAL STORE
           FALMOUTH, Virginia
               224066470
             5176530403-0098
04/24/2006    (800)275-8777    09:23:47 AM

             Sales Receipt
Product       Sale    Unit         Final
Description   Qty     Price        Price

WASHINGTON DC 20530-0001          $1.83
First-Class
  6.70 oz.
  Return Rcpt (Green Card)        $1.85
  Certified                       $2.40
  Label #:    70052570000104376546
Customer Postage                 -$5.00
  Subtotal:                       $1.08

         Issue PVI:                $1.08

Total:                             $1.08

Paid by:
Cash                              $1.10
Change Due:                      -$0.02

Bill#: 1000202097225
Clerk: 13

— All sales final on stamps and postage. —
  Refunds for guaranteed services only.
       Thank you for your business.
```

**ATTACHMENT C3**

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

WASHINGTON DC 20001 OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ $0.63 | 0403 |
| Certified Fee | $2.40 | 01 |
| Return Receipt Fee (Endorsement Required) | $1.85 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $ $4.88 | 04/24/2006 |

7005 2570 0001 0437 6560

Sent To: Clerk, Civil Division, U.S. Dist. Ct. Dist. DC
Street, Apt No.; or PO Box No. 333 Constitution Ave., N.W.
City, State, ZIP+4 Washington, DC 20001

---

```
            FALMOUTH POSTAL STORE
               FALMOUTH, Virginia
                    224066470
                  5176530403-0095
04/24/2006       (800)275-8777        09:41:04 AM

------------------ Sales Receipt ------------------
Product           Sale      Unit          Final
Description       Qty       Price         Price

WASHINGTON DC 20001                       $0.63
First-Class
  1.10 oz.
  Return Rcpt (Green Card)                $1.85
  Certified                               $2.40
  Label #:      70052570000104376560
  Customer Postage                       -$4.64
  Subtotal:                               $0.24
                                         ========
                Issue PVI:                $0.24

Total:                                    $0.24

Paid by:
Cash                                      $0.25
Change Due:                              -$0.01

Bill#:   1000500416051
Clerk:   01

--- All sales final on stamps and postage. ---
   Refunds for guaranteed services only.
         Thank you for your business.
               Customer Copy
```

**ATTACHMENT C4**

May 18, 2006

TO: U.S. Secretary of State & U.S. Attorney

FROM: Philip Tinsley III

RE: ARREST

Please immediately apprehend and arrest the perpetrator of the enclosed fraud and obstruction of justice (see 18 U.S.C.A. §§ 1341 & 1505) and use the faxed documents and facts as an affidavit for his/her apprehension and arrest:

1. ***None*** of Mr. Darrel Valdez's documents/papers have a U.S. District Court Clerk's stamp on them, are not filed, and therefore ***invalid*** (see Rule 5(d) & (e) FRCP);

2. The "CERTIFICATE OF SERVICE" is not *signed* (see Rule 11(a) FRCP);

3. The Assistant U.S. Attorney is **not** the attorney for the Attorney General of the United States (see Rule 11(b) FRCP), has **not** been admitted to practice in the U.S. District Court for the District of Columbia and the defendant, Alberto R. Gonzales, has ***nothing*** on file in *Tinsley v. Gonzales, Case No. 1:06CV00429 RCL*;

4. The case number, "*2:01cv215*" for Tinsley v. FleetBoston Financial Corp. is incorrectly listed; it is ***00-2147-A***, U.S. Dist. Ct. E.D. VA (Alexandria Division);

5. A "MEMORANDUM ..." is a legal document under ten (10) pages with the *signature page* being the last page. The perpetrator's "MEMORANDUM ..." is twenty-one (21) pages and must be filed as a "BRIEF ..."(see FRCP, Form of Pleadings);

6. Jerome Barry Friedman was ***disqualified*** by filed motion twice in the year 2000 A.D. (see 28 U.S.C.A. § 144); and

7. The perpetrator/legal counsel is **totally incompetent** and **totally incapable** of challenging me in a court of law.

Sincerely,

*[signature]*

Philip Tinsley, III
Pro Se Plaintiff &
Victor

-1-

**ATTACHMENT D1**

Enclosures (8 pages)

cc: President of the UN Gen. Assembly
    Embassy of Sweden
    Embassy of New Zealand
    NAACP

**Sent by Facsimile**

-2-

ATTACHMENT D2

U.S. Department of Justice
United States Attorney
District of Columbia
Judiciary Center
555 Fourth Street, N.W.
Washington, D.C. 20001

PHILIP TINSLEY
148 PRESTON CIRCLE
FREDERICKSBURG, VA 22406-5144

ATTACHMENT D2

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PHILIP TINSLEY III,<br>148 Preston Circle<br>Fredericksburg, VA 22406-5144.<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HON. ALBERTO R. GONZALES,<br>　Attorney General of the United States,<br>U.S. Department of Justice<br>Washington, D.C. 20530<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)　Civil Action No. 06-0429 (RCL)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ENTRY OF APPEARANCE

Please enter the appearance of Assistant United States Attorney Darrell C. Valdez as government counsel in this action.

Respectfully submitted,

_____
DARRELL VALDEZ, D.C. Bar #420232
Assistant United States Attorney
Judiciary Center Building, Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 307-2843

## ATTACHMENT D3

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of May, 2006, a copy of the foregoing Entry of Appearance was mailed, postage prepaid, to Plaintiff, Philip Tinsley, 148 Preston Circle, Fredericksburg, VA 22406-5144.

_____
DARRELL C. VALDEZ
Assistant United States Attorney

## ATTACHMENT D4

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PHILIP TINSLEY III,                          )
                                             )
         Plaintiff,                          )
                                             )
    v.                                       )   Civil Action No. 06-0429 (RCL)
                                             )
HON. ALBERTO R. GONZALES,                    )
  Attorney General of the United States,     )
                                             )
         Defendant.                          )
_____)

## DEFENDANT'S MOTION TO DISMISS AND FOR SANCTIONS

Defendant Alberto R. Gonzales respectfully moves this Court to dismiss the above-captioned complaint based on Plaintiff's violation of a standing court order from the District Court for the Eastern District of Virginia banning him from filing an action in any federal district court without prior leave,[1] and pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6). Defendant also respectfully requests that the Court enter an Order prohibiting Plaintiff from filing further litigation in this District without prior leave of court. This remedy is sought in lieu of sanctions that are otherwise available against Plaintiff pursuant to Fed. R. Civ. P. 11(c), but, nonetheless, based on the guidance that the Rule offers, and the general authority of the court pursuant to Article III of the U.S. Constitution and Title 28, U.S.C. § 1651(a). In support of this motion, the Court is respectfully referred to the accompanying memorandum of points and authorities.

Plaintiff should take notice that any factual assertions contained in the attached Memorandum in Support of this Motion and supporting exhibits will be accepted by the Court as true unless the plaintiff submits his own affidavit or other documentary evidence contradicting

---

[1] Tinsley v. Fleetboston Financial Corp., 2:01cv215 at 16-17 (E.D.Va. July 17, 2001), attached hereto as Govt. Exh. 1.

**ATTACHMENT D5**

the assertions therein. See Neal v. Kelly, 963 F.2d 453 (D.C. Cir. 1992).

Furthermore, should this Court treat Defendants' Motion to Dismiss as a Motion for Summary Judgment because of the documents attached, the Federal Rules of Civil Procedure provide:

> Supporting and opposing affidavits shall be made on personal knowledge, shall set forth such facts as would be admissible in evidence, and shall show affirmatively that the affiant is competent to testify to the matters stated therein. Sworn or certified copies of all papers or parts thereof referred to in an affidavit shall be attached thereto or served therewith. The court may permit affidavits to be supplemented or opposed by depositions, answers to interrogatories, or further affidavits. When a motion for summary judgment is made and supported as provided in this rule, an adverse party may not rest upon the mere allegations or denials of the adverse party's pleading, but the adverse party's response, by affidavits or as otherwise provided in this rule, must set forth specific facts showing that there is a genuine issue for trial. If the adverse party does not so respond, summary judgment, if appropriate, shall be entered against the adverse party.

Fed. R. Civ. P. 56(e); See Fox v. Strickland, 837 F.2d 507 (D.C. Cir. 1988) (*pro se* party may lose if he fails to respond to a dispositive motion); Local Rule 56.1 ("the court may assume that facts identified by the moving party in its statement of facts are admitted, unless such a fact is controverted in the statement of genuine issues filed in opposition to the motion").

Respectfully submitted,

_____
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney

_____
RUDOLPH CONTRERAS, D.C. BAR # 434122

_____
DARRELL C. VALDEZ, D.C. BAR # 420232
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W., Civil Division
Washington, D.C. 20530


**ATTACHMENT D6**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PHILIP TINSLEY III,                    )
                                       )
        Plaintiff,                     )
                                       )
    v.                                 )    Civil Action No. 06-0429 (RCL)
                                       )
HON. ALBERTO R. GONZALES,              )
    Attorney General of the United States, )
                                       )
        Defendant.                     )
_____)

## MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS AND FOR SANCTIONS

Plaintiff Philip Tinsley is a serial litigator, having brought well over thirty claims in United States District Courts around the country, each of which was dismissed as improvidently filed. Indeed, Plaintiff has been barred by the Eastern District of Virginia from "filing any new action or proceeding in any federal court without first obtaining prior leave of that court." Tinsley v. Fleetboston Financial Corp., 2:01cv215 at 16-17 (E.D.Va. July 17, 2001), attached hereto as Govt. Exh. 1.

Plaintiff brings this action, pro se, against the Attorney General of the United States, seeking monetary relief under 18 U.S.C.A. § 1341, alleging that the Attorney General committed "mail fraud" by failing to respond to Plaintiff's demands that the Attorney General arrest various personnel with the United States District Court for the Eastern District of Virginia, and further that the Attorney General failed to enforce alleged "mandamus" orders from other Courts in which Plaintiff was allegedly awarded monies. Plaintiff's claim here is outrageous and frivolous, and should be dismissed. Plaintiff has asserted no basis of recovery against the Attorney General, nor has he been awarded a Mandamus or any monetary award from any court.

**ATTACHMENT D7**

Respectfully Submitted,

_____
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney

_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

_____
DARRELL C. VALDEZ, D.C. BAR # 420232
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W., Civil Division
Washington, D.C. 20530
(202) 307-2843

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of May, 2006, a copy of the foregoing Motion to Dismiss and for Sanctions was mailed, postage prepaid, to Plaintiff, Philip Tinsley, 148 Preston Circle, Fredericksburg, VA 22406-5144.

_____
DARRELL C. VALDEZ
Assistant United States Attorney

21

## ATTACHMENT D8

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PHILIP TINSLEY III, )
 )
      Plaintiff, )
 )
v. ) Civil Action No. 06-0429 (RCL)
 )
HON. ALBERTO R. GONZALES, )
  Attorney General of the United States, )
 )
      Defendant. )
_____)

### DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION
### FOR JUDGMENT BY ENTRY OF DEFAULT

    Defendant, the Honorable Alberto R. Gonzales, Attorney General for the United States, by and through counsel, the United States Attorney for the District of Columbia, respectfully opposes Plaintiff's Motion for Judgment by Entry of Default (Dkt. No. 4). In his Motion, Plaintiff claims that the Attorney General failed to timely Answer or otherwise respond to the Complaint in this matter. Because the Plaintiff's Motion, like the claims in his Complaint, is without factual support and inaccurately sets forth the legal obligations of the Attorney General, his Motion is without merit. The Defendant submits the following points and authorities in opposition to Plaintiff's motion:

    Plaintiff, Philip Tinsley, III, filed his Complaint in this Court, *pro se*, on March 8, 2006, alleging that the Attorney General committed "mail fraud" by failing to respond to Plaintiff's letters demanding that the Attorney General arrest various personnel with the United States District Court for the Eastern District of Virginia, and further that the Attorney General failed to enforce alleged "mandamus" orders from other Courts in which Plaintiff was allegedly awarded monies. The Attorney General received a copy of the Complaint on March 15, 2006. However,

**ATTACHMENT D9**

**HEWLETT PACKARD hp officejet 6200 series**

Page
Philip Tinsley II
Thursday, May 18, 2006 7:02:10 P

## Sent

| Date | Duration | Name | Fax Number | Pages | Status |
|---|---|---|---|---|---|
| 5/18/2006 6:55 PM | 4:43 | | 0116444729346 | 11 | Completed |
| 5/18/2006 6:42 PM | 4:05 | | 17136921183 | 10 | Completed |
| 5/18/2006 6:33 PM | 8:34 | | 12527571793 | 10 | Completed |
| 5/18/2006 6:29 PM | 4:04 | | 12026821312 | 10 | Completed |
| 5/18/2006 4:10 PM | 4:19 | | 12026675227 | 10 | Completed |
| 5/18/2006 4:05 PM | 4:09 | | 12024672699 | 10 | Completed |
| 5/18/2006 4:01 PM | 4:05 | | 12129633301 | 10 | Completed |
| 5/18/2006 3:56 PM | 4:17 | | 12023073569 | 10 | Completed |
| 5/18/2006 3:51 PM | 4:04 | | 12026476434 | 10 | Completed |
| 5/18/2006 3:07 PM | 5:38 | | 14023515955 | 14 | Completed |
| 5/18/2006 3:01 PM | 5:42 | | 14023512775 | 14 | Completed |
| 5/18/2006 1:37 PM | 0:41 | | 13193631990 | 1 | Completed |
| 5/18/2006 12:28 PM | 10:05 | | 8043303140 | 25 | Completed |
| 5/18/2006 11:59 AM | 8:43 | | 8047715226 | 16 | Completed |
| 5/18/2006 11:52 AM | 5:49 | | 8047715226 | 13 | Jammed |
| 5/17/2006 4:23 PM | 1:38 | | 8047861991 | 3 | Completed |
| 5/17/2006 4:19 PM | 2:52 | | 12022734880 | 3 | Completed |
| 5/17/2006 4:17 PM | 1:22 | | 12026476434 | 3 | Completed |
| 5/17/2006 4:15 PM | 1:38 | | 13193521272 | 3 | Completed |
| 5/17/2006 4:13 PM | 1:19 | | 14023515955 | 3 | Completed |
| 5/17/2006 4:10 PM | 1:24 | | 18005315717 | 3 | Completed |
| 5/17/2006 3:30 PM | 0:26 | | 8042621510 | 1 | Completed |
| 5/17/2006 3:29 PM | 0:26 | | 8047715269 | 1 | Completed |
| 5/17/2006 1:02 PM | 10:01 | | 8047629608 | 25 | Completed |
| 5/17/2006 12:25 PM | 1:41 | | 14046169288 | 4 | Completed |
| 5/17/2006 12:21 PM | 1:47 | | 12022349613 | 4 | Completed |
| 5/17/2006 12:19 PM | 1:39 | | 7577275746 | 4 | Completed |
| 5/17/2006 12:13 PM | 1:24 | | 13047664158 | 3 | Completed |
| 5/17/2006 12:11 PM | 1:24 | | 13047664185 | 3 | Completed |
| 5/17/2006 12:06 PM | 1:22 | | 7576283566 | 3 | Completed |

**ATTACHMENT D10**